HON. JAMAL N. WHITEHEAD

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
29

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

WASTE ACTION PROJECT,

        Plaintiff,

  v.

NORTH HARBOR DIESEL AND
YACHT SERVICE, INC.,

        Defendant.

)
)
)
)
)
)
)
)
)
)
)

No. 2:24-cv-00172-JNW

JOINT MOTION FOR ENTRY OF
CONSENT DECREE

Note on Motion Calendar:
November 15, 2024

## MOTION

Plaintiff Waste Action Project and Defendant North Harbor Diesel and Yacht Service, Inc. (collectively, "the Parties") hereby jointly move the Court for an order approving the entry of the Consent Decree filed herewith.

## STATEMENT IN SUPPORT

The Parties have agreed that settlement of this matter is in the public interest and that entry of the Consent Decree is the most appropriate means of resolving this matter. By stipulating to the entry of the proposed Consent Decree, North Harbor Diesel and Yacht Service, Inc. does not admit the facts alleged against it and does not admit liability.

JOINT MOTION FOR ENTRY OF CONSENT
DECREE - 1
(No. 2:24-cv-00172-JNW)

Smith & Lowney, p.l.l.c.
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

29

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. §§ 135.4 and 135.5, copies of the Complaint and the Consent Decree will be served on the U.S. Attorney General, the Administrator of the U.S. EPA, and the Regional Administrator of Region 10 of the U.S. EPA.

The Consent Decree may not be entered prior to 45 days following receipt by both the Administrator and the Attorney General. The noting date for the Court's consideration of this matter has been scheduled accordingly.

The parties respectfully request this Court enter the Consent Decree.


RESPECTFULLY SUBMITTED, this 30th day of September, 2024.


SMITH & LOWNEY, PLLC

By:      */s/Claire Tonry*
         Claire Tonry, WSBA # 44497
         Katelyn Kinn, WSBA # 42686
         2317 E. John St.
         Seattle, WA 98112
         Tel: (206) 860-2883
         Fax: (206) 860-4187
         E-mail: claire@smithandlowney.com
         katelyn@smithandlowney.com
         *Attorneys for Twin Harbors Waterkeeper*

FOSTER GARVEY PC

By:      */s/Bradford Doll*
         Bradford Doll, WSBA # 38479
         1111 Third Avenue, Suite 3000
         Seattle, WA 98101
         Tel: (206) 447-4400
         Email: brad.doll@foster.com
         *Attorney for North Harbor Diesel and Yacht Service, Inc.*

HON. JAMAL N. WHITEHEAD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| WASTE ACTION PROJECT, | ) | No. 2:24-cv-00172-JNW |
| | ) | |
| Plaintiff, | ) | CONSENT DECREE |
| v. | ) | |
| | ) | |
| NORTH HARBOR DIESEL AND | ) | |
| YACHT SERVICE, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## I.    STIPULATIONS

WHEREAS, Plaintiff Waste Action Project filed a complaint on February 8, 2024 against North Harbor Diesel and Yacht Service, Inc. ("North Harbor") (Dkt. 1) alleging violations of the Clean Water Act, 33 U.S.C. § 1251, *et seq.*, relating to discharges of stormwater and other pollutants from North Harbor's boatyard at or about 720 30th St. A, Anacortes, WA 98221, and any contiguous or adjacent properties owned or operated by North Harbor, and including discharges of wastewater to the Anacortes Wastewater Treatment Plant (the "Facility"), and seeking declaratory and injunctive relief, civil penalties, and attorneys' fees and costs.

North Harbor denies any fault, wrongdoing, or liability for the claims and violations alleged

CONSENT DECREE No. 2:24-cv-00172-JNW
1

Smith & Lowney PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG: 102919649.2

in Plaintiff's Notice Letter and Complaint.

WHEREAS, Waste Action Project and North Harbor (the "Parties") agree that settlement of these matters is in the best interest of the Parties, and that entry of this Consent Decree is the most appropriate means of resolving this action.

WHEREAS, the Parties stipulate to the entry of this Consent Decree without trial, adjudication, or admission of any issues of fact or law regarding Waste Action Project's claims or allegations set forth in its complaint and its sixty-day notice.

DATED this $30$ day of September, 2024

NORTH HARBOR DIESEL AND YACHT
SERVICES INC.

By ~~Howard Bean~~
Howard Bean

WASTE ACTION PROJECT

By ~~Greg Wingard~~
Greg Wingard
Executive Director

## II.    ORDER AND DECREE

THIS MATTER came before the Court upon the Parties' Joint Motion for Entry of Consent Decree and the foregoing Stipulations of the Parties. Having considered the Stipulations and the promises set forth below, the Court hereby ORDERS, ADJUDGES, and DECREES as follows:

1.    This Court has jurisdiction over the Parties and subject matter of this action.

2.    Each signatory for the Parties certifies for that party that he or she is authorized to enter into the agreement set forth herein and to legally bind the party or parties, their successors in interest, and assigns of the Parties.

3.    This Consent Decree applies to and binds the Parties and their successors and

[PROPOSED] CONSENT DECREE
No. 2:24-cv-00172-JNW
2

SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

FG: 102919649.2

1
2  assigns.

3      4.      This Consent Decree and any injunctive relief includes requirements applicable

4  to the operation, oversight, or both by North Harbor of the Facility and other requirements

5  applicable to the non-permitted Storage Yards identified in paragraph 7(c), below.

6      5.      This Consent Decree is a full and complete settlement and release of all the

7  claims in the complaint and the sixty-day notice and all other claims known or unknown

8  existing as of the date of entry of the Consent Decree that could be asserted under the Clean

9  Water Act, 33 U.S.C. §§ 1251-1387, against North Harbor. This Consent Decree shall take

10 effect on the date it is entered as an Order of the Court (the "Effective Date"). As of the

11 Effective Date, Plaintiff releases Defendant and its members, owners, officials, agents,

12 representatives, officers, directors, employees, successors and assigns from all claims alleging

13 discharges in violation of Section 301(a) of the Clean Water Act, 33 U.S.C. § 1311(a),

14 including those asserted by Waste Action Project in the Notice Letter and Complaint. North

15 Harbor's payment of attorney's fees and litigation costs set forth in paragraph 9 of the

16 Consent Decree will be in full and complete satisfaction of any claims Waste Action Project

17 and Smith & Lowney, PLLC have or may have, either legal or equitable, known or unknown,

18 and of any kind or nature whatsoever, for fees, expenses, and costs incurred. With respect to

19 claims released, enforcement of this Consent Decree is Waste Action Project's exclusive

20 remedy for any violation of its terms.

21     6.      This Consent Decree is a settlement of disputed facts and law. It is not an admission

22 or adjudication regarding any allegations by Waste Action Project in this case or of any fact or

23

CONSENT DECREE No. 2:24-
cv-00172-JNW
3

FG: 102919649.2

conclusion of law related to those allegations, nor evidence of any wrongdoing or misconduct on the part of North Harbor or its contractors, customers, or other third parties. North Harbor agrees to the terms and conditions identified below in paragraphs 7 - 9 in full and complete satisfaction of all the claims covered by this Consent Decree.

7.      Upon entry of the Consent Decree, North Harbor will implement the following injunctive relief:

a.   North Harbor will adhere to the requirements of the Clean Water Act and, at the facility for which it obtained coverage under the Boatyard General Permit ("BGP"), the terms and conditions of the BGP and any successor or modified permits or pretreatment standards.

b.   North Harbor will, on a quarterly basis, electronically forward to Waste Action Project copies of all submissions and written communications to and/or from Ecology related to the Facility's compliance with the BGP and pretreatment standards.

c.   North Harbor will take and maintain measures to ensure that activities covered by the 2022 BGP do not occur at Yard 1 (located at 3205 V Place, Anacortes WA 98221), Yard 2 (located at 3311 V Place, Anacortes WA 98221), and Yard 3 (located at 2012 V. Place Anacortes WA 98221) (collectively "Vessel Storage Yards") including, but not limited to:

i.   Training all North Harbor staff regarding activities prohibited in its Vessel Storage Yards. Trainings must recur on an annual basis; and

CONSENT DECREE No. 2:24-cv-00172-JNW
4

Smith & Lowney PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

     ii.    Prohibit entry into its Vessel Storage Yards of all fuel supplier trucks; and

    iii.   Distribute a letter to all Vessel Storage Yard customers listing activities prohibited in its storage yards. Letters must be provided to all new Vessel Storage Yard customers. The prohibitions in the letter sent in 2024 must be resent to all Vessel Storage Yard customers on an annual basis; and

    iv.   Maintain the large signs in each of its Vessel Storage Yards that prohibit the activities listed in BGP Condition S1.A.(a)-(m); and

    v.   Inspect all Vessel Storage Yards on a weekly basis to ensure that no activities requiring BGP coverage are occurring; and

    vi.   Draft a storage yard plan. The storage yard plan will describe the activities prohibited in the storage yards; prescribe the communication described in Section 7.c.iii; and weekly inspection of storage yards described in Section 7.c.v. A printed copy of the storage yard plan will be kept in the same binder as the Stormwater Pollution Prevention Plan ("SWPPP") but is not an amendment to or component of the SWPPP.

d.  North Harbor will maintain the concrete plug between the ecology blocks located at the northeast corner of its Main Yard where its stormwater discharges to ground to ensure that stormwater is contained in that area and does not flow offsite prior to discharging to ground.

e.  No later than October 1, 2024, North Harbor agrees to install and have fully

Smith & Lowney PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG: 102919649.2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

operational the new treatment best management practices (BMPs) at its Main Yard and its Gas Shop described in its August 2023 Amended Engineering Report (attached as **Exhibit 1** to this Consent Decree).

f.  North Harbor will take the following actions to prevent effluent limit violations associated with its pressure wash pretreatment discharges to the City of Anacortes' sanitary sewer system:

  i.  Use the new multi-step coagulant compound, DELTA DS-100-G Separating Agent from Delta Water Technologies, as part of its pressure wash water pretreatment system; and

  ii.  If North Harbor's pretreated pressure wash water effluent exceeds any BGP effluent limit, North Harbor will retain a licensed and qualified industrial stormwater professional engineer to: 1) analyze and propose changes to its pressure wash water pretreatment system which are designed to meet the BGP effluent limits, and 2) prepare a written report containing the analysis and recommendations, and the engineer's professional stamp. North Harbor will share that report with Waste Action Project within 45 (forty-five) days of the exceedance.

g.  Within thirty (30) days of entry of this Consent Decree, North Harbor will make the following updates and revisions to its SWPPP:

  i.  Include a detailed description of its pressure wash water pretreatment system including requirements described in section 7(f) of this Consent

CONSENT DECREE No. 2:24-cv-00172-JNW
6

FG: 102919649.2

Decree, above, and all applicable operation and maintenance standards; and

ii.    Revise the site map for its Main Yard as follows:

    i.    Consolidate what is currently presented as two maps (one for sampling basin S001 and the other for sampling basin G001) into a single Main Yard site map which depicts both basins; and

    ii.    Depict flow directional arrows, both sampling locations, and all other requirements of BGP Condition S8.B; and

    iii.    Depict the location of the new stormwater treatment system and all associated conveyance structures along with the new point of discharge offsite.

iii.    Revise the site map for its Gas Shop as follows:

    i.    Update the depicted location of sampling location M001 to its true location on the other side of gas shop; and

    ii.    Add the pressure wash pad drainage structures including catch basins and sump; and

    iii.    Add flow directional arrows to the pressure wash pad to show the area that drains to the pressure wash water pretreatment system; and

    iv.    Add the location of the pressure wash water pretreatment

CONSENT DECREE No. 2:24-cv-00172-JNW
7

Smith & Lowney PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG: 102919649.2

1

2        system and the system's point of discharge to the City of

3        Anacortes' sanitary sewer system; and

4            v.  Add text clarifying that the roof drains to catch basins that

5                flow to the east and discharge to the bay.

6        h.  Within thirty (30) days of installing the new treatment BMPs described in its

7            August 2023 Amended Engineering Report (**Exhibit 1** to this Consent

8            Decree) and referenced in section 7(e) of this Consent Decree, North Harbor

9            will add the new treatment BMPs to its SWPPP.

10       i.  North Harbor will confirm submission of a corrected April 2024 discharge

11           monitoring report ("DMR") to Ecology.

12       8.    Payment for Environmentally Beneficial Project: Within thirty (30) days of

13   entry of this Consent Decree, North Harbor will pay $70,000 (SEVENTY THOUSAND

14   DOLLARS) to the Rose Foundation for the sole use for projects that benefit water quality in

15   the north Puget Sound and Padilla Bay watersheds, as described in **Exhibit 2** to this Consent

16   Decree. The check will be made to the order of the Rose Foundation for Communities and the

17   Environment, and delivered to 201 4th Street, Suite 102, Oakland, CA 94707. Payment will

18   include the following reference in a cover letter or on the check: "Consent Decree, Waste Action

19   Project v. North Harbor Diesel & Yacht Service Inc. W.D. Wash. No. 2:24-cv-00172-JNW."

20   North Harbor will send a copy of the check and cover letter, if any, to Waste Action Project and

21   its counsel, pursuant to the notice provisions in paragraph 18.

22       9.    Within ten (10) days of entry of this Consent Decree by the Court, North Harbor

23

CONSENT DECREE No. 2:24-
cv-00172-JNW
8

Smith & Lowney PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG: 102919649.2

will pay $50,000 (FIFTY THOUSAND DOLLARS) to Waste Action Project to cover Waste Action Project's litigation fees, expenses, and costs (including reasonable attorneys and expert witness fees) by check payable and mailed to Smith & Lowney, PLLC, 2317 East John St., Seattle, WA 98112, attn: Claire Tonry.

10.     A force majeure event is any event outside the reasonable control of North Harbor that causes a delay in performing tasks required by this Consent Decree that cannot be cured by due diligence. Delay in performance of a task required by this Consent Decree caused by a force majeure event is not a failure to comply with the terms of this Consent Decree, provided that North Harbor timely notifies Waste Action Project of the event, the steps that North Harbor will take to perform the task, the projected time that will be needed to complete the task, and the measures that have been taken or will be taken to prevent or minimize any impacts to stormwater quality resulting from delay in completing the task.

11.     North Harbor will notify Waste Action Project of the occurrence of a force majeure event as soon as reasonably possible but, in any case, no later than fifteen (15) days after North Harbor becomes aware of the event. In such event, the time for performance of the task will be extended for a reasonable period of time following the force majeure event.

By way of example and not limitation, force majeure events include

a.      Acts of God, war, insurrection, or civil disturbance;

b.      Earthquakes, landslides, fire, floods;

c.      Actions or inactions of third parties over which North Harbor has no or limited control;

CONSENT DECREE No. 2:24-cv-00172-JNW
9

Smith & Lowney PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG: 102919649.2

1

2         e.       Restraint by court order or order of public authority; and

3         f.       Strikes.

4         12.      This Court retains jurisdiction to oversee and ensure compliance with this Consent

5  Decree. While this Consent Decree remains in force, this case may be reopened without filing fees

6  so that the Parties may apply to the Court for any further order or relief that may be necessary

7  regarding compliance with this Consent Decree or to resolve any dispute regarding the terms or

8  conditions of this Consent Decree. In the event of a dispute regarding implementation of, or

9  compliance with, this Consent Decree, the Parties must first attempt to resolve the dispute

10  themselves, as follows: the Party identifying or wishing to raise an issue or dispute must provide

11  the other Party's counsel of record with written notice detailing the nature of the issue or dispute,

12  the underlying facts, and the legal grounds for the alleged issue or dispute. The parties shall meet

13  to discuss the dispute and any suggested measures for resolving the dispute and seek to develop a

14  mutually agreed upon plan, including implementation dates, to resolve the dispute or alleged

15  breach. Such a meeting will be held as soon as practical but must be held within thirty (30) days

16  after notice of a request for such a meeting to the other Party and its counsel of record. If no

17  resolution is reached at that meeting or within thirty (30) days of the Notice, either Party may file

18  a motion with this Court to resolve the dispute. The provisions of section 505(d) of the Clean Water

19  Act, 33 U.S.C. § 1365(d), regarding awards of costs of litigation (including reasonable attorney and

20  expert witness fees) to any prevailing or substantially prevailing party, will apply to any additional

21  court proceedings necessary to enforce the terms and conditions of this Consent Decree.

22         13.      The Parties recognize that, pursuant to 33 U.S.C. § 1365(c)(3), no consent judgment

23

CONSENT DECREE No. 2:24-
cv-00172-JNW
    10

Smith & Lowney PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG: 102919649.2

can be entered in a Clean Water Act suit in which the United States is not a party prior to forty-five (45) days following the receipt of a copy of the proposed consent judgment by the U.S. Attorney General and the Administrator of the U.S. Environmental Protection Agency ("EPA"). Therefore, upon the filing of this Consent Decree by the parties, Waste Action Project will serve copies of it upon the Administrator of the U.S. EPA and the U.S. Attorney General.

14.    The Consent Decree terminates three (3) years after that date.

15.    Both Parties have participated in drafting this Consent Decree.

16.    This Consent Decree constitutes the entire agreement between the Parties. There are no other or further agreements, either written or verbal. This Consent Decree may be modified only upon a writing signed by both Parties and the approval of the Court.

17.    If for any reason the Court should decline to approve this Consent Decree in the form presented, this Consent Decree is voidable at the discretion of either Party. The Parties agree to continue negotiations in good faith to cure any objection raised by the Court to entry of this Consent Decree.

18.    Notifications required by this Consent Decree must be in writing and via email. For a notice or other communication regarding this Consent Decree to be valid, it must be sent to the receiving Party at the one or more email addresses listed below or to any other address designated by the receiving Party in a notice in accordance with this paragraph.

**If to Waste Action Project**:

Greg Wingard
Waste Action Project
gregwap@earthlink.net

CONSENT DECREE No. 2:24-cv-00172-JNW
11

Smith & Lowney PLLC
2317 East John Street
Seattle, Washington 98112
(206) 860-2883

FG: 102919649.2

1

2        **And to**:

3        Claire Tonry
         Katelyn Kinn
4        Smith & Lowney PLLC
         claire@smithandlowney.com
5        katelyn@smithandlowney.com

6        **If to North Harbor:**

7        Howard Bean
         howard@northharbordiesel.com

8        **And to:**
9        Mr. Bradford Doll
         brad.doll@foster.com

10   Any party identified in the notice provisions above may affect a change in the notice address by

11   providing a notice complying with these provisions to all other parties listed. A notice or other

12   communication regarding this Consent Decree will be effective the day it is transmitted. An email

13   is effective the day it is sent so long as it is sent by 5 pm and on a business day, or else it is effective

14   the following business day.

15

16        DATED this 16th day of December, 2024.

17

18

19                                                 _____
                                                   HON. JAMAL N. WHITEHEAD
20                                                 UNITED STATES DISTRICT JUDGE

21

22

23

     CONSENT DECREE No. 2:24-
     cv-00172-JNW
        12

SMITH & LOWNEY PLLC
2317 EAST JOHN STREET
SEATTLE, WASHINGTON 98112
(206) 860-2883

FG: 102919649.2

1

2    Presented by:

3

4                                    SMITH & LOWNEY, PLLC

5                                    By: */s/ Claire Tonry*
                                     Claire Tonry, WSBA #44497
6                                    Katelyn Kinn, WSBA #42686
                                     *Attorneys for Plaintiff Waste Action Project*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

CONSENT DECREE No. 2:24-
cv-00172-JNW
   13

FG: 102919649.2

Exhibit 1



# STORMWATER TREATMENT ENGINEERING REPORT – *REVISED DRAFT*

## North Harbor Diesel & Yacht Service Facility
## Anacortes, Washington

**August 2023**

Prepared for
North Harbor Diesel & Yacht Service Inc.
720 30th Street
Anacortes, Washington

SEATTLE
155 NE 100th St, Ste 302, Seattle, WA 98125  T 206.631.8680

landauinc.com

NHD000426

Landau Associates

# Stormwater Treatment Engineering Report
# North Harbor Diesel and Yacht Service Facility
# 720 30ᵗʰ Street
# Anacortes, Washington

This document was prepared by, or under the direct supervision of, the technical professionals noted below.



Joseph Kalmar, PE Principal

Date:           May 31, 2023
Project No.:    001.010
File path:      P:\2177\R\Engineering Report\Signature Page.docx



Stormwater Treatment Engineering Report
North Harbor Diesel & Yacht Service

# TABLE OF CONTENTS

                                                                          Page
1.0    Introduction ....................................................................................................1-1
    1.1    Facility Description ....................................................................................1-1
    1.2    Stormwater Drainage and Discharge ......................................................1-1
2.0    Stormwater Treatment Evaluation ..............................................................2-3
    2.1    Stormwater Characterization ...................................................................2-3
    2.2    Hydrologic Modeling .................................................................................2-3
    2.3    Evaluation and Screening of Alternatives ...............................................2-4
    2.4    Stormwater Treatment ..............................................................................2-4
        2.4.1    S001: Media Filtration with Coagulation Pretreatment ....................2-4
            2.4.1.1 Chitosan Lactate Pretreatment ..............................................2-6
            2.4.1.2 Chemical Usage .......................................................................2-6
        2.4.2    M001: Media Filtration without Coagulation Pretreatment.................2-6
    2.5    Statement of Sound Engineering Justification ........................................2-7
    2.6    Installation Schedule ................................................................................2-8
3.0    Operation and Maintenance ......................................................................3-1
    3.1    Disposal of Used Filter Media...................................................................3-1
    3.2    Estimated Operation and Maintenance Cost ...........................................3-1
4.0    Use of this Report ......................................................................................4-1

## FIGURES

| Figure | Title |
|---|---|
| 1 | Vicinity Map |
| 2 | Stormwater Site Map – Existing Conditions S001 Area |
| 3 | Stormwater Site Map – Existing Conditions M001 Area |
| 4 | Stormwater Site Map – Proposed S001 Area Treatment Improvements |
| 5 | Stormwater Site Map – Proposed M001 Area Treatment Improvements |

## TABLES

| Table | Title |
|---|---|
| 1 | Facility Stormwater Monitoring Results |
| 2 | Pollutant Reduction Needed by Stormwater Treatment |
| 3 | Evaluation and Screening of Stormwater Treatment Alternatives |

Project 1486002.010
landauinc.com

NHD000428

Stormwater Treatment Engineering Report
North Harbor Diesel & Yacht Service

# APPENDICES

| Appendix | Title |
|----------|-------|
| A | Hydrologic Modeling Output |
| B | Stormwater Treatment Performance Graphs – Port of Port Townsend Boatyard |
| C | Chitosan Sock Installation Schematic |
| D | Schematic Diagram – Oyster Shell Filter Vault |

NHD000429

Stormwater Treatment Engineering Report
North Harbor Diesel & Yacht Service

## LIST OF ABBREVIATIONS AND ACRONYMS

μg/L ............................................................................ micrograms per liter
AO ............................................................................... Administrative Order
BMP ........................................................................ best management practice
Ecology ........................................... Washington State Department of Ecology
Facility ................................................ North Harbor Diesel & Yacht Service, Inc. facility
mg/L .............................................................................. milligrams per liter
NTU ......................................................................... nephelometric turbidity unit
Permit .......................................... Boatyard General Permit No. WAG0030123
SWPPP ................................................... Stormwater Pollution Prevention Plan
WWHM ............................................................ Western Washington Hydrologic Model

**Stormwater Treatment Engineering Report**
**North Harbor Diesel & Yacht Service**

This page intentionally left blank.

NHD000431

# 1.0   INTRODUCTION

This engineering report has been prepared for North Harbor Diesel & Yacht Service Inc. (North Harbor) to present the stormwater treatment design for its Westport facility (Facility) located at 720 30th St in Anacortes, Washington. A map of the vicinity, showing the location of the Facility is provided on Figure 1. The Facility is covered under the Boatyard General Permit No. WAG030123 (Permit) issued by the Washington State Department of Ecology (Ecology). North Harbor previously missed some monthly stormwater monitoring events, and sampling results from samples that were collected triggered a Level 3 Response for copper and zinc at two stormwater discharge locations. Ecology issued an Administrative Order, Docket #21656 (AO) on March 15, 2023, which requires North Harbor to complete a stormwater treatment engineering report by May 31, 2023.

## 1.1   Facility Description

North Harbor's operations involve a range of boatyard activities, including vessel repair and vessel maintenance. The Facility conducts operations on separate properties, with the majority of boatyard work conducted at the main facility. Engine testing, boat hull cleaning on a wash pad, and other support activities are conducted at a smaller property near the launch ramp, located at 301A 30th Street, east of North Harbor's main operations. The activities onsite are seasonal and change throughout the fishing seasons, going from less active in the winter to highly active in the spring, summer, and early fall. The Facility generally has impervious surfaces consisting of asphalt or concrete pavement, compacted gravel, and buildings and storage structures.

## 1.2   Stormwater Drainage and Discharge

North Harbor has 3 established stormwater discharge monitoring locations. The northeast portion of the main yard has a gravel surface where stormwater is able to infiltrate and associated monitoring point G001, where stormwater results are compared against copper and zinc Permit discharge limits (not benchmarks) for infiltration to ground. Discharge monitoring results at G001 have not exceeded Permit limits; therefore, the G001 drainage basin area is not discussed further in this report.

The majority of the main yard contains paved surfaces and drains to a storm drainage system that discharges to the City storm sewer system near the southeast corner of the property. The final catch basin before discharge from the Facility is labeled as monitoring point S001, which is also referred to as the Main Gate stormwater discharge point. The identified boundary of this Main Gate drainage area is an area of approximately 1.14 acres, and this drainage basin and discharge monitoring point location are shown on Figure 2.

The launch ramp area of the facility is located at the separate smaller property to the east. The launch ramp location property contains the paved launch ramp roadway, where no boat maintenance or repair work is conducted, and which North Harbor shares access with to other businesses and the public. There is a concrete boat wash pad at the south side of this property, which is also shared with other businesses, and where all of the wash water is collected and treated by North Harbor and is either reused for washing or discharged to the City sanitary sewer in accordance with conditions established in

NHD000432

**Stormwater Treatment Engineering Report**
**North Harbor Diesel & Yacht Service**

the Permit. North Harbor conducts the bulk of its engine testing and other boatyard related activities inside the west portion of the building at the north side of the property, with a small asphalt paved area west of the building that is approximately 0.09 acres in size and contains one catch basin. Engine testing and material storage occur in that small, uncovered area. The building has a coated roof that is not an identified source of zinc or copper, and North Harbor restricts its exposed boatyard industrial operations to the small area west of the building (other than the boat washing previously mentioned, where drainage is contained and discharged to sanitary sewer). Stormwater discharge monitoring from this property has in the past been conducted at monitoring point M001, which is a catch basin located downstream from the North Harbor storm drainage. The M001 drainage area and discharge monitoring point are shown on Figure 3.

NHD000433

Stormwater Treatment Engineering Report
North Harbor Diesel & Yacht Service

## 2.0    STORMWATER TREATMENT EVALUATION

This section presents a summary of Facility stormwater quality, hydrologic modeling and design flow rate analysis, and evaluation and selection of applicable stormwater treatment alternatives.

### 2.1    Stormwater Characterization

Under the Facility's Permit, stormwater discharge monitoring has been conducted during Permit-designated months at the established discharge monitoring points.

A summary of past stormwater discharge sampling results for prior years, at discharge monitoring points S001 and M001, is provided in Table 1.

Average and maximum concentrations of copper, and zinc over this prior period were used to identify the treatment system performance requirements to meet Permit benchmarks. This estimated necessary level of treatment is presented in Table 2 as the percent reduction necessary to be below benchmark values. For the S001 main facility drainage basin, the reductions needed for average concentrations of copper and zinc were calculated to be 86 percent and 79 percent, respectively. For the maximum concentrations measured, more significant removal would be necessary to meet benchmarks, with the percent reductions required for maximum values of copper and zinc being 96 and 90 percent, respectively.

For the M001 main facility drainage basin, the reductions needed for average concentrations of copper and zinc were calculated to be 58 percent and 66 percent, respectively. For the maximum concentrations measured, more significant removal would be necessary to meet benchmarks, with the percent reductions required for maximum values of copper and zinc being 59 percent and 75 percent, respectively.

### 2.2    Hydrologic Modeling

Because the evaluation and selection of stormwater treatment alternatives involves water quantity, not just water quality, and the treatment system needs to have a flow rate sizing basis. Hydrologic modeling was performed for the Facility to determine the necessary design conveyance and treatment flow rates for the two drainage basins of interest. Modeling was conducted using the hydrologic modeling software approved by Ecology, which is the Western Washington Hydrologic Model (WWHM), the most current update of Version 2012.

The WWHM output, which includes a summary of drainage areas and modeling assumptions, is included in Appendix A for reference. As indicated in Appendix A, the design treatment flow rates in gallons per minute (gpm) were determined to be:

- S001
    - Online water quality flow rate = 67.7 gpm
    - Offline water quality flow rate = 38.4 gpm

NHD000434

- M001
  - Online water quality flow rate = 5.3 gpm
  - Offline water quality flow rate = 3.0 gpm

## 2.3    Evaluation and Screening of Alternatives

A summary of the evaluation and screening of a range of the most applicable stormwater treatment methods on the basis of effectiveness, implementability, and cost is presented in Table 3.

## 2.4    Stormwater Treatment

Based on the estimated level of treatment necessary for pollutant removal, summarized in Table 2, and the screening of treatment options in Table 3, a media filtration system with coagulation pretreatment is the preferable choice for the S001 drainage area at the main facility. This selection is based on effectiveness (including ability to meet benchmarks), implementability, and cost. The S001 drainage area is near a gravel surfaced area with boat lift traffic and other tracking of fine particulate solids into the area. Therefore, it is estimated that coagulation pretreatment would be necessary for a media filter to be effective in meeting the benchmarks for copper and zinc, by coagulating the small particles together and allowing physical filtration removal by the media. The metals-adsorptive capacity of the media can remove the fully dissolved ionic form or copper and zinc as well.

Also based on the estimated level of treatment necessary for pollutant removal (Table 2) and the screening of treatment options in Table 3, a media filtration system (without need for coagulation pretreatment) is the preferable choice for the M001 drainage area. The small M001 drainage area is in a fully paved area without an identified significant source of fine particulates or for tracking in fine particulate solids from adjacent areas. A filter with general particulate capture and a metals-adsorptive media deemed to be appropriate treatment option based on effectiveness (including ability to meet benchmarks), implementability, and cost. Those two treatment options are discussed further in the subsections below.

### 2.4.1    S001: Media Filtration with Coagulation Pretreatment

In considering the use of a coagulant to improve stormwater filtration at S001, it is helpful to examine a case study at another boatyard covered under the Boatyard General Permit. At the Port of Port Townsend boatyard, there are two large StormwateRx Aquip filters that have been used for a number of years for treatment of stormwater runoff from two of the four main drainage basins at the 20-acre boatyard. However, removal of metals was often found to be less than 60 percent by Aquip filters there, and the effluent results had fairly consistently been well above the copper and zinc benchmark values in the Boatyard General Permit. Media filters can do well at removing metals and other pollutants associated with larger particulate suspended solids (e.g., greater than 20- or 30-micron nominal particle diameter). Media filters with an activated media component (beyond just inert sand filters) can also effectively adsorb fully dissolved metals that are in their ionic form. However, media filters are not as effective at removing pollutants when they are bound to small, suspended solids (e.g., less than 20-micron nominal diameter particles).

NHD000435

The Port of Port Townsend boatyard stormwater had a particularly high concentration of small-diameter particulates suspended in the stormwater due to the boat travel lifts that are used at the facility along with the mostly gravel surface yard. As the gravel gets broken down under the high pressure of the travel lift wheels, significant amounts of small particulates are created.

Landau worked with the Port of Port Townsend to install a passive dose coagulant upstream of the Aquip filter units at the site (and also at other bioswales) to filter out the small particulates more effectively in the media filter. Coagulants act to bind to particles and to allow them to bind together into larger particle mass that can be settled out or filtered out of the water. Chitosan is a particular polymer coagulant derived from crab or shrimp shells that carries positive charges along its molecular chain that can attract small suspended solids, which often tend to carry a slight negative charge and otherwise repel other small particulates. Specifically at the Port of Port Townsend boatyard, LAI installed chitosan lactate solid gel packs, where the risk of overdosing a liquid coagulant is minimized and where the passive dosing is relatively simple and significantly reduces the project cost relative to an advanced and automated chitosan-enhanced sand filtration system. Stormwater treatment performance graphs for the use of media filtration with chitosan lactate pretreatment are shown in Appendix B.

While there are not extensive high-wear gravel surfaces within the S001 drainage basin of the Facility, there are plenty of sources for fine particulates from vehicle and travel lift wear of gravel and dirt particles in adjacent areas of the Facility that can be tracked into the paved portions of the Facility and that cannot be fully captured by source control BMPs (e.g., vacuum sweeping). Therefore, fine suspended solids are suspected to be present in Facility stormwater runoff. A chitosan coagulation pretreatment step would help media filtration to capture those small-diameter particles rather than allow them to pass through the filter media.

A schematic diagram of a chitosan lactate pretreatment contactor and detention/mixing pipe, as part of a media filter system, is included in Appendix C. Part of the treatment design for North Harbor would also be to install a new pump station vault (minimum 120 gallon capacity) at the location of the S001 monitoring point catch basin. A submersible pump will also be provided, which will have capacity for the design flow rate of 38.4 gpm, at a total dynamic head of 25 ft, for flow through the chitosan lactate contactor and up into the aboveground media filter. A flow meter is recommended for tracking total flow volume through the chitosan lactate contactor and helping to determine when the chitosan gel pack should be replaced.

As indicated in Table 3, there are multiple types of media that can be used and that have good metals-adsorptive capacity. For North Harbor a combination of an adsorptive media that is effective for both dissolved metals and organics (e.g., granular activated carbon or biochar) is recommended as a top adsorptive layer in combination with activated alumina as a second, bottom layer of media. Activated alumina is highly effective at removing dissolved copper and dissolved zinc. On top of the carbon and alumina layers there should be a layer of filter sand for trapping the coagulated solids. The media filtration bed should be sized to provide surface area such that a filtration rate of 1 gpm per square foot (SF) is not exceeded, with a recommendation to size closer to 0.5 gpm/SF. For the design treatment flow rate of 38.4 gpm, the media filtration surface area should be 77 SF or larger. Similar to Ecology design in

NHD000436

the 2019 Stormwater Management Manual for Western Washington for a bioretention soil media filter swale, the depth of the full filter media layer should be at least 18 inches.

The area identified for the stormwater media filter equipment is shown on Figure 3. That area identified would be more than adequate to fit the identified components of chitosan lactate contactor, detention/settling pipe, and aboveground media filter box.

### 2.4.1.1   Chitosan Lactate Pretreatment

As previously described in this report, the use of chitosan lactate as a pretreatment coagulation step would involve placing a chitosan lactate gel pack contactor upstream of the filter media box. The pretreatment step would also involve providing enough hydraulic mixing/holding time for the dissolved chitosan by also providing an added large-diameter pipe downstream of the contactor. That added pipe will be designed to provide a minimum of 30 seconds of mixing/holding time, which would allow the chitosan coagulation step to be completed before the stormwater is drained into the media filter. An example of this type of chitosan lactate pretreatment step is provided on a schematic diagram included in Appendix C.

Chitosan lactate gel packs would be acquired from Dungeness Environmental Solutions, Inc. or an alternative supplier approved by the engineer. For the 38.4-gpm design treatment flow rate, the minimum 30 seconds of mixing/holding time could be provided by 8-foot length of 8-inch-diameter pipe or by 14-foot wrapped length of 6–inch-diameter pipe. The steel filter box structure that will be used for the media filter will provide a sturdy surface from which to mount the contactor pipe and detention volume pipe.

Regarding the environmental safety of this approach, even in the unlikely event that chitosan-treated water was to bypass the filter, the dissolved chitosan would not be free to affect aquatic organisms (such as adhering to fish gills) because it would encounter other suspended particles within the stormwater conveyance piping, and bind to those particles, before discharging from the stormwater outfall. Once the chitosan is bound to a suspended particle, it would be unavailable to bind to aquatic species. When Landau has conducted residual chitosan testing for other stormwater treatment pilot tests using a colorimetric test kit, test results have been negative (less than 1 part per million residual chitosan).

### 2.4.1.2   Chemical Usage

The chitosan lactate solid gel packs for pretreatment will be used in a safe and controlled manner, in accordance with an Operation and Maintenance Manual (O&M Manual) that will be prepared prior to startup of the treatment process. The O&M Manual will include detailed procedures for periodic testing for residual chitosan at the treated stormwater effluent to demonstrate that the passive chitosan dosing is not resulting in excess chitosan being dissolved and passing through or bypassing the filter media.

## 2.4.2   M001: Media Filtration without Coagulation Pretreatment

For the relatively low treatment flow rate of 5.3 gpm for the small M001 drainage basin, and the lack of a source of fine suspended solids in the area that might require coagulation pretreatment, media

NHD000437

filtration without the use of chitosan pretreatment is identified as the preferred stormwater treatment approach.

As indicated in Table 3, there are multiple types of media that can be used and that have good metals-adsorptive capacity. At this location, with the relatively low design treatment flow rate, it would be preferable to install a media filter system that would not require installation of a pump station vault, submersible pump, and new electrical service to that location, and associated trenching through the paved are for new force main piping and electrical conduit. Therefore, one approach would be to install a belowground media filter vault and oyster shell flake as a known media with good copper and zinc uptake capacity and good hydraulic conductivity.

An example schematic of an oyster shell filter vault constructed at another boatyard from an oil/water separator vault is shown on an example figure that is provided in Appendix D. Performance of that boatyard oyster shell media filter vault for copper and zinc removal is shown in Table D-1 of Appendix D.

Oyster shell treatment vault sizing calculations for North Harbor are provided in Table D-2 of Appendix D. The oyster shell vault will be conservatively oversized to provide an oyster shell volume of 20 cubic feet, for an equivalent empty bed contact time that will exceed 25 minutes. As a slight difference with the schematic shown in Appendix D, the filter vault for North Harbor can have all of the oyster shell in the primary vault chamber, and the oyster shell flake will be installed in bulk rather than in mesh bags. There will be a 2-inch well screen-slotted underdrain pipe installed, with a 1-inch diameter outlet pipe restrictor used to moderate and slow the flow rate through the oyster shell.

Treatment would include installation of a new structural catch basin filter insert filter in the existing catch basin, such as the CleanWay stainless steel structural basket filter housing that can accept replaceable Adsorbit® type filter fabric with 100-micron nominal opening. That Adsorbit® type filter fabric also has the ability to absorb small amounts of oil or oil sheen. Treatment would also include installation of a new filter vault downstream of that catch basin that would be filled with oyster shell flake (nominal 3/8-inch size pieces) to provide effective adsorption of copper and zinc as well as solids capture capability. As indicated in Table D-3 of Appendix D, the vault minimum dimensions would provide for a minimum height of 2 ft of oyster shell and length and width to accommodate the overall minimum volume of 20 cubic feet of filter media. The approximate layout and location of the stormwater treatment equipment is shown on Figure 5.

## 2.5    Statement of Sound Engineering Justification

Based on Landau's viewing of the North Harbor facility, analysis of the past copper and zinc stormwater sampling results, evaluation of applicable technologies, and demonstration of the treatment process at another industrial locations, the treatment approach planned for NHD's Anacortes Facility is reasonably expected to meet the Permit benchmarks.

There are no facility stormwater sampling results during large storm events that exceed the water quality design treatment flow rates described in this report, but these treatment designs are expected

NHD000438

**Stormwater Treatment Engineering Report**
**North Harbor Diesel & Yacht Service**

to meet benchmarks with the combination of treated stormwater and high flow bypass, given expected treatment effectiveness and expected dilution effects that occur during extreme rainfall events.

## 2.6    Installation Schedule

North Harbor plans to have the identified stormwater treatment systems installed and operational as soon as practicable and within 6 months from Ecology approval of this engineering report and stormwater treatment design.

NHD000439

# 3.0    OPERATION AND MAINTENANCE

North Harbor will own, operate, and maintain the two stormwater treatment systems. The recommended operation and maintenance of the systems is for weekly monitoring (during a period of precipitation, if possible) to check for proper function. Formal monitoring observations and records of the operation and maintenance of the stormwater treatment units will be recorded on an updated version of the weekly Stormwater Pollution Prevention Plan (SWPPP) inspection form.

An O&M Manual will be prepared for the two stormwater treatment systems. The O&M manual will include procedures for proper system startup, an operator's log, and procedures for conducting residual chitosan testing. The O&M Manual to be completed before treatment system startup will provide information on system maintenance and filter media replacement. The O&M Manual is to be kept updated as a component of an updated SWPPP for the Facility.

## 3.1    Disposal of Used Filter Media

The metals-adsorptive filter media periodically needs to be replaced and the spent media disposed of. Spent media should be managed and disposed of per applicable laws and regulations. It is recommended that a sample be analyzed for a standard suite of total metals for waste characterization. Such metals characterization sampling might include 8 Resource Conservation and Recovery Act metals (RCRA 8 metals) arsenic, barium, cadmium, chromium, lead, mercury, selenium, and silver, plus the additional analysis of total copper and total zinc. It can then be determined whether the material to be disposed of exceeds toxicity characteristics for either hazardous waste or state dangerous waste; those analytical results would provide documentation for appropriate handling and disposal. Depending on the results of the analyses for total metals, toxic characteristic leaching procedure testing for metals may be necessary to confirm that the waste is not a hazardous waste due to metals toxicity, or a bioassay test may be necessary to confirm that the waste is not a state dangerous waste. It is also advised to check with the waste hauler, as there may be requirements to test for petroleum hydrocarbons or other pollutant parameters, depending on the requirements of the specific waste treatment or disposal facility.

After the first characterization of spent filter media, if there are no process changes (i.e., a modification of the Facility that would increase pollutants or add new pollutants to stormwater), then the spent solids characterization should not change significantly over time, and the frequency of subsequent characterization may be dependent on procedures of the waste hauler.

## 3.2    Estimated Operation and Maintenance Cost

As indicated above, because there are no known significant sources of lead or other pollutants at the Facility that would cause the spent stormwater filtration media to be characterized as a hazardous or state dangerous waste, it is expected that the waste characterization results for the spent filtration media will show that the media can be disposed of as solid waste to a municipal solid waste landfill. Therefore, the overall annual cost for maintaining the media filtration system described in this report, including media disposal and replacement with fresh filter media for the Facility (given that not all filter

NHD000440

**Stormwater Treatment Engineering Report**
**North Harbor Diesel & Yacht Service**

media should need to be replaced each year) is expected to be less than $25,000 per year on average. The actual frequency of media replacement will be somewhat dependent on the level of effort in good housekeeping and other source control BMPs practiced.

NHD000441

**Stormwater Treatment Engineering Report**
**North Harbor Diesel & Yacht Service**

# 4.0    USE OF THIS REPORT

This report has been prepared for the exclusive use of North Harbor Diesel & Yacht Service, Inc. and applicable regulatory agencies for specific application to the stormwater treatment system at the North Harbor Diesel & Yacht Service, Inc. Facility located at 720 30th Street in Anacortes, Washington. No other party is entitled to rely on the information, conclusions, and recommendations included in this document without the express written consent of Landau. Further, the reuse of information, conclusions, and recommendations provided herein for extensions of the project or for any other project, without review and authorization by Landau, shall be at the user's sole risk. Landau warrants that within the limitations of scope, schedule, and budget, our services have been provided in a manner consistent with that level of care and skill ordinarily exercised by members of the profession currently practicing in the same locality under similar conditions as this project. Landau makes no other warranty, either express or implied.

NHD000442



Data Source: Esri.

| North Harbor Diesel & Yacht Service, Inc. Anacortes, Washington | **Vicinity Map** | Figure 1 |
|---|---|---|

LANDAU ASSOCIATES

G:\Projects\2177\001\NorthHarborDiesel\NorthHarborDiesel.aprx 5/31/2023



Landau Associates | G:\Projects\2177\F02 Existing S001.dwg | 5/31/2023 6:14 PM | caduser

**Legend**

---------- DRAINAGE AREA BOUNDARY
➡️ ➡️ STORMWATER AND STORMDRAIN FLOW DIRECTION
—■— STORMDRAIN
□ CATCH BASIN
—— TRENCH DRAIN

0    75    150
Scale in Feet

Source: Bing, 2023

**Note**

1. Black and white reproduction of this color original may reduce its effectiveness and lead to incorrect interpretation.

North Harbor Diesel
Anacortes, WA

**Stormwater Site Map
Existing Conditions S001 Area**

Figure
**2**

LANDAU ASSOCIATES

NHD000444



Landau Associates | G:\Projects\2177\F03 Existing M001.dwg | 5/31/2023 6:15 PM | caduser

**Legend**

━━━ ▬ ▬ **FACILITY BOUNDARY**

→ → **STORMWATER AND STORMDRAIN FLOW DIRECTION**

━╫━╫━ **STORMDRAIN**

□ **CATCH BASIN**

**Note**

1. Black and white reproduction of this color original may reduce its effectiveness and lead to incorrect interpretation.

Source: Bing, 2023

**LANDAU** ASSOCIATES

Scale in Feet: 0 — 40 — 80

North Harbor Diesel
Anacortes, WA

**Stormwater Site Map
Existing Conditions M001 Area**

Figure **3**

NHD000445



Landau Associates | G:\Projects\2177\F04 Proposed S001.dwg | 5/31/2023 6:09 PM | caduser

Discharge Monitoring Point - G001

G1
G2

Site Boundary
Area ~ 1.14 acre

Planned Media Filtration System

G3

Discharge Monitoring Point - S001

Planned Pump Station Vault

Legend

SITE BOUNDARY
STORMWATER AND STORMDRAIN FLOW DIRECTION
STORMDRAIN
CATCH BASIN
TRENCH DRAIN

0    75    150
Scale in Feet

Source: Bing, 2023

Note

1.    Black and white reproduction of this color
      original may reduce its effectiveness and
      lead to incorrect interpretation.

North Harbor Diesel
Anacortes, WA

**Stormwater Site Map - Proposed
S001 Area Treatment Improvements**

Figure

**4**

**LANDAU**
ASSOCIATES

NHD000446



Landau Associates | G:\Projects\2177\F05 Proposed M001.dwg | 5/31/2023 6:15 PM | caduser

**Legend**

FACILITY BOUNDARY

STORMWATER AND STORMDRAIN FLOW DIRECTION

STORMDRAIN

CATCH BASIN

0   40   80
Scale in Feet

Source: Bing, 2023

**Note**

1. Black and white reproduction of this color original may reduce its effectiveness and lead to incorrect interpretation.

North Harbor Diesel
Anacortes, WA

**Stormwater Site Map - Proposed M001 Area Treatment Improvements**

Figure
**5**

LA LANDAU
ASSOCIATES

NHD000447

**TABLE 1**                                                                Page 1 of 2
**FACILITY STORMWATER MONITORING RESULTS**
**NORTH HARBOR DIESEL - ANACORTES, WASHINGTON**

OUTFALL: S001 (Main Gate)

| Date | Turbidity (NTU) | Total Copper (µg/L) | Total Zinc (µg/L) |
|---|---|---|---|
| 5/24/2021 | -- | 704 | 791 |
| 10/15/2021 | -- | 162 | 361 |
| 11/29/2021 | -- | 92.4 | 174 |
| 4/28/2022 | -- | 1,110 | 931 |
| 5/5/2022 | -- | 87.2 | 159 |
| 11/29/2022 | 8.6 | 103 | 357 |
| 3/24/2023 | 18 | 108 | 167 |
| Average | 13.3 | 338 | 420 |
| Maximum | 18 | 1,110 | 931 |

OUTFALL: M001 (Launch Ramp Wash Pad/Gas Shop - Note 1)

| Date | Turbidity (NTU) | Total Copper (µg/L) | Total Zinc (µg/L) |
|---|---|---|---|
| 5/24/2021 | -- | 309 | 678 |
| 10/15/2021 | -- | 3,050 | 1,290 |
| 11/29/2021 | -- | 82.3 | 116 |
| 4/28/2022 | -- | 1,380 | 1,140 |
| 5/5/2022 | -- | 759 | 292 |
| 11/29/2022 | 6.8 | 36 | 520 |
| 3/24/2023 | 55 | 482 | 254 |
| Average | 31 | 259 | 387 |
| Maximum | 55 | 482 | 520 |

**Abbreviations and Acronyms:**
 -- = not applicable
 µg/L = micrograms per liter
 NTU = Nephelometric turbidity unit

 Notes:
1. Prior to 11/29/2022, samples identified as Outfall M001 were collected from the boat wash pad (where there is zero
   discharge to surface water) rather than the current stormwater discharge monitoring point from the Gas Shop area.

Landau Associates

NHD000448

**TABLE 2**

**POLLUTANT REDUCTION NEEDED BY STORMWATER TREATMENT**

**NORTH HARBOR DIESEL - ANACORTES, WASHINGTON**

Page 1 of 1

| Sampling Point | | Turbidity (NTU) | Total Copper (µg/L) | Total Zinc (µg/L) |
|---|---|---|---|---|
| Boatyard General Permit Benchmarks as of 9/1/2022: | | 25 | 44 | 90 |
| **S001 (Main Gate)** | Average | 13 | 338 | 420 |
| | Maximum | 18 | 1,110 | 931 |
| | Average % Reduction Needed | 0% | 87% | 79% |
| | Maximum % Reduction Needed | 0% | 96% | 90% |
| **M001 (Gas Shop)** | Average | 31 | 259 | 387 |
| | Maximum | 55 | 482 | 520 |
| | Average % Reduction Needed | 19% | 83% | 77% |
| | Maximum % Reduction Needed | 55% | 91% | 83% |

**TABLE 3**

**EVALUATION AND SCREENING OF STORMWATER TREATMENT ALTERNATIVES**

**NORTH HARBOR DIESEL - ANACORTES, WASHINGTON**

| Stormwater Management/ Treatment Options | Effectiveness | Implementability | Cost |
|---|---|---|---|
| Media Filtration, aboveground<br>    Examples:<br>    - Bioretention soil (sand/compost)<br>    - Oyster shell flake<br>    - Granular activated carbon<br>    - Activated alumina<br>    - Vendor (StormwateRx Aquip©) | If sized properly and if stormwater absent of heavy loading of fine solids, can remove 90 percent of total suspended solids (TSS), turbidity, copper, and zinc if media is maintained properly. | Would require installation of pump station vault and new electrical conduit. Media containers would take up a significant footprint. Media may become plugged with suspended solids before its metals uptake capacity is fully utilized, and maintenance of media could be challenging. Level of treatment can be adjusted by media selection. | Moderate capital cost. Low to moderate operational cost for periodic media replacement, depending on media mix and quickness of plugging by facility stormwater suspended solids. |
| Chitosan Enhanced Sand Filtration System (CESF) | Can remove 99 percent of suspended solids and associated metals. Can remove dissolved metals, if needed, with use of polyaluminum chloride. It handles heavier solids loading than other treatment types and would allow for future increased facility activity. Automated modular system provides ability to adjust future level of treatment. | Would require installation of pump station vault and new electrical conduit. Foot print of treatment is larger than other compact filtration systems. Automated modular systems are available quickly from vendors, including comprehensive out-sourced maintenance services. | Capital cost of a CESF system is considered moderate to high. The estimated operations and maintenance (O&M) costs are moderate to high considering operator labor and chemical use. |
| Media filtration, aboveground (see above for example media),<br>with coagulation pretreatment using chitosan lactate | If sized properly, can remove 95+ percent of TSS, turbidity, copper, and zinc even if fine (small diameter) suspended solids are present, if coagulant and media both maintained properly. | Media filter containers would take up a significant footprint. Media may become plugged with suspended solids before its metals uptake capacity is fully utilized, and maintenance of media could be challenging. Level of treatment can be adjusted by media selection. Requires ongoing effluent testing for residual coagulant. | Moderate capital cost and moderate operational cost for periodic replacement of proprietary media. Labor for media clean should be considered in the cost. |
| Media Filtration Vaults (StormFilter® System) | If sized properly, can remove 80+ percent of TSS, turbidity, copper, and zinc, and would generally meet benchmark values if maintained. | The large vault units would need to be installed underground. Vertical drop between storm drain piping and outfall pipes is required and may be challenging for this retrofit application where the storm drains are already relatively low. | The estimated capital cost to install media filtration vaults is considered to be moderate to high. Requires annual media cartridge replacement servicing, which is considered to be moderate operational cost. |

**TABLE 3**
**EVALUATION AND SCREENING OF STORMWATER TREATMENT ALTERNATIVES**
**NORTH HARBOR DIESEL - ANACORTES, WASHINGTON**

| Stormwater Management/ Treatment Options | Effectiveness | Implementability | Cost |
|---|---|---|---|
| Electro-coagulation | An electro-coagulation system would act to remove both suspended solids and dissolved metals, and can achieve concentration reductions of 99 percent. However, provides higher level of treatment than necessary given the facility stormwater sampling results. | Would require installation of pump station vault and new electrical conduit. Foot print of these units is larger than other compact filtration systems. Potential for system upset and level of system repairs is not well established. | Capital cost of an electro-coagulation system is relatively high. The estimated O&M costs are moderate to high considering operator labor and electrical power. |
| Discharge to Sanitary Sewer | Would eliminate discharge to surface water and eliminate benchmark exceedances. Facility copper and zinc concentrations are already below sewer pretreatment standards. | Municipality will typically not accept stormwater into their sanitary sewer unless special authorization is granted. Anacortes is non-delegated; special authorization likely would only be granted by Ecology if determined to be technically infeasible to treat to surface water quality criteria. | Not deemed implementable, so cost not evaluated. |
| Infiltration Below Ground | Full infiltration of stormwater would eliminate discharge to surface water and eliminate benchmark exceedances. Maximum copper and zinc concentrations are already below groundwater protection standards. | Not considered to be an appropriate site for full stormwater infiltration given proximity to surface water, and shallow depth of groundwater. | Not considered implementable for full facility, so cost not evaluated. |

NHD000451

APPENDIX A

# Hydrologic Modeling Output



**WWHM2012**

**PROJECT REPORT**

NHD000453

## *General Model Information*

WWHM2012 Project Name: North Harbor Diesel

| | |
|---|---|
| Site Name: | North Harbor Diesel |
| Site Address: | |
| City: | Anacortes |
| Report Date: | 5/25/2023 |
| Gage: | Burlington |
| Data Start: | 1948/10/01 |
| Data End: | 2009/09/30 |
| Timestep: | 15 Minute |
| Precip Scale: | 0.833 |
| Version Date: | 2023/01/27 |
| Version: | 4.2.19 |

## *POC Thresholds*

| | |
|---|---|
| Low  Flow Threshold for POC1: | 50 Percent of the 2 Year |
| High Flow Threshold for POC1: | 50 Year |
| Low  Flow Threshold for POC2: | 50 Percent of the 2 Year |
| High Flow Threshold for POC2: | 50 Year |

NHD000454

# Landuse Basin Data
## Predeveloped Land Use

### M001

| | |
|---|---|
| Bypass: | No |
| GroundWater: | No |
| Pervious Land Use | acre |
| Pervious Total | 0 |
| Impervious Land Use | acre |
| DRIVEWAYS FLAT | 0.09 |
| Impervious Total | 0.09 |
| Basin Total | 0.09 |

NHD000455

## S001

| | |
|---|---|
| Bypass: | No |
| GroundWater: | No |
| Pervious Land Use | acre |
| Pervious Total | 0 |
| Impervious Land Use | acre |
| DRIVEWAYS FLAT | 1.14 |
| Impervious Total | 1.14 |
| Basin Total | 1.14 |

NHD000456

| | |
|---|---|
| Bypass: | No |
| GroundWater: | No |
| Pervious Land Use | acre |
| Pervious Total | 0 |
| Impervious Land Use<br>DRIVEWAYS FLAT | acre<br>0.09 |
| Impervious Total | 0.09 |
| Basin Total | 0.09 |

NHD000457

## S001

| | |
|---|---|
| Bypass: | No |
| GroundWater: | No |
| Pervious Land Use | acre |
| Pervious Total | 0 |
| Impervious Land Use | acre |
| DRIVEWAYS FLAT | 1.14 |
| Impervious Total | 1.14 |
| Basin Total | 1.14 |

NHD000458

# Routing Elements
## Predeveloped Routing

NHD000459

NHD000460

## *Analysis Results*
### *POC 1*




+ Predeveloped    x Mitigated

Predeveloped Landuse Totals for POC #1
Total Pervious Area:        0
Total Impervious Area:      0.09

Mitigated Landuse Totals for POC #1
Total Pervious Area:        0
Total Impervious Area:      0.09

Flow Frequency Method:    Log Pearson Type III 17B

Flow Frequency Return Periods for Predeveloped.  POC #1

| Return Period | Flow(cfs) |
|---|---|
| 2 year | 0.029851 |
| 5 year | 0.041863 |
| 10 year | 0.050706 |
| 25 year | 0.062927 |
| 50 year | 0.072813 |
| 100 year | 0.083389 |

Flow Frequency Return Periods for Mitigated.  POC #1

| Return Period | Flow(cfs) |
|---|---|
| 2 year | 0.029851 |
| 5 year | 0.041863 |
| 10 year | 0.050706 |
| 25 year | 0.062927 |
| 50 year | 0.072813 |
| 100 year | 0.083389 |

## Annual Peaks
Annual Peaks for Predeveloped and Mitigated.  POC #1

| Year | Predeveloped | Mitigated |
|---|---|---|
| 1949 | 0.044 | 0.044 |
| 1950 | 0.023 | 0.023 |
| 1951 | 0.038 | 0.038 |
| 1952 | 0.041 | 0.041 |
| 1953 | 0.046 | 0.046 |
| 1954 | 0.023 | 0.023 |
| 1955 | 0.021 | 0.021 |
| 1956 | 0.015 | 0.015 |
| 1957 | 0.045 | 0.045 |
| 1958 | 0.020 | 0.020 |

| | | |
|------|-------|-------|
| 1959 | 0.021 | 0.021 |
| 1960 | 0.034 | 0.034 |
| 1961 | 0.021 | 0.021 |
| 1962 | 0.035 | 0.035 |
| 1963 | 0.022 | 0.022 |
| 1964 | 0.026 | 0.026 |
| 1965 | 0.064 | 0.064 |
| 1966 | 0.027 | 0.027 |
| 1967 | 0.050 | 0.050 |
| 1968 | 0.040 | 0.040 |
| 1969 | 0.020 | 0.020 |
| 1970 | 0.050 | 0.050 |
| 1971 | 0.030 | 0.030 |
| 1972 | 0.018 | 0.018 |
| 1973 | 0.033 | 0.033 |
| 1974 | 0.025 | 0.025 |
| 1975 | 0.047 | 0.047 |
| 1976 | 0.056 | 0.056 |
| 1977 | 0.025 | 0.025 |
| 1978 | 0.045 | 0.045 |
| 1979 | 0.028 | 0.028 |
| 1980 | 0.031 | 0.031 |
| 1981 | 0.029 | 0.029 |
| 1982 | 0.029 | 0.029 |
| 1983 | 0.026 | 0.026 |
| 1984 | 0.028 | 0.028 |
| 1985 | 0.036 | 0.036 |
| 1986 | 0.021 | 0.021 |
| 1987 | 0.021 | 0.021 |
| 1988 | 0.046 | 0.046 |
| 1989 | 0.031 | 0.031 |
| 1990 | 0.028 | 0.028 |
| 1991 | 0.041 | 0.041 |
| 1992 | 0.032 | 0.032 |
| 1993 | 0.016 | 0.016 |
| 1994 | 0.021 | 0.021 |
| 1995 | 0.019 | 0.019 |
| 1996 | 0.038 | 0.038 |
| 1997 | 0.074 | 0.074 |
| 1998 | 0.030 | 0.030 |
| 1999 | 0.015 | 0.015 |
| 2000 | 0.043 | 0.043 |
| 2001 | 0.028 | 0.028 |
| 2002 | 0.020 | 0.020 |
| 2003 | 0.026 | 0.026 |
| 2004 | 0.098 | 0.098 |
| 2005 | 0.034 | 0.034 |
| 2006 | 0.032 | 0.032 |
| 2007 | 0.029 | 0.029 |
| 2008 | 0.028 | 0.028 |
| 2009 | 0.033 | 0.033 |

## Ranked Annual Peaks

Ranked Annual Peaks for Predeveloped and Mitigated.  POC #1

| Rank | Predeveloped | Mitigated |
|------|-------|-------|
| 1 | 0.0978 | 0.0978 |
| 2 | 0.0740 | 0.0740 |
| 3 | 0.0640 | 0.0640 |

| | | |
|---|---|---|
| 4 | 0.0563 | 0.0563 |
| 5 | 0.0505 | 0.0505 |
| 6 | 0.0500 | 0.0500 |
| 7 | 0.0468 | 0.0468 |
| 8 | 0.0464 | 0.0464 |
| 9 | 0.0458 | 0.0458 |
| 10 | 0.0453 | 0.0453 |
| 11 | 0.0453 | 0.0453 |
| 12 | 0.0441 | 0.0441 |
| 13 | 0.0425 | 0.0425 |
| 14 | 0.0406 | 0.0406 |
| 15 | 0.0405 | 0.0405 |
| 16 | 0.0400 | 0.0400 |
| 17 | 0.0384 | 0.0384 |
| 18 | 0.0379 | 0.0379 |
| 19 | 0.0357 | 0.0357 |
| 20 | 0.0351 | 0.0351 |
| 21 | 0.0342 | 0.0342 |
| 22 | 0.0336 | 0.0336 |
| 23 | 0.0331 | 0.0331 |
| 24 | 0.0331 | 0.0331 |
| 25 | 0.0321 | 0.0321 |
| 26 | 0.0320 | 0.0320 |
| 27 | 0.0315 | 0.0315 |
| 28 | 0.0313 | 0.0313 |
| 29 | 0.0302 | 0.0302 |
| 30 | 0.0296 | 0.0296 |
| 31 | 0.0295 | 0.0295 |
| 32 | 0.0287 | 0.0287 |
| 33 | 0.0286 | 0.0286 |
| 34 | 0.0284 | 0.0284 |
| 35 | 0.0284 | 0.0284 |
| 36 | 0.0281 | 0.0281 |
| 37 | 0.0280 | 0.0280 |
| 38 | 0.0279 | 0.0279 |
| 39 | 0.0273 | 0.0273 |
| 40 | 0.0261 | 0.0261 |
| 41 | 0.0260 | 0.0260 |
| 42 | 0.0258 | 0.0258 |
| 43 | 0.0248 | 0.0248 |
| 44 | 0.0247 | 0.0247 |
| 45 | 0.0231 | 0.0231 |
| 46 | 0.0227 | 0.0227 |
| 47 | 0.0220 | 0.0220 |
| 48 | 0.0213 | 0.0213 |
| 49 | 0.0211 | 0.0211 |
| 50 | 0.0211 | 0.0211 |
| 51 | 0.0208 | 0.0208 |
| 52 | 0.0207 | 0.0207 |
| 53 | 0.0206 | 0.0206 |
| 54 | 0.0204 | 0.0204 |
| 55 | 0.0202 | 0.0202 |
| 56 | 0.0202 | 0.0202 |
| 57 | 0.0188 | 0.0188 |
| 58 | 0.0185 | 0.0185 |
| 59 | 0.0158 | 0.0158 |
| 60 | 0.0154 | 0.0154 |
| 61 | 0.0149 | 0.0149 |

NHD000464

## Duration Flows
The Facility PASSED

| Flow(cfs) | Predev | Mit | Percentage | Pass/Fail |
|-----------|--------|-----|------------|-----------|
| 0.0149 | 1179 | 1179 | 100 | Pass |
| 0.0155 | 1003 | 1003 | 100 | Pass |
| 0.0161 | 881 | 881 | 100 | Pass |
| 0.0167 | 770 | 770 | 100 | Pass |
| 0.0173 | 691 | 691 | 100 | Pass |
| 0.0178 | 609 | 609 | 100 | Pass |
| 0.0184 | 548 | 548 | 100 | Pass |
| 0.0190 | 481 | 481 | 100 | Pass |
| 0.0196 | 424 | 424 | 100 | Pass |
| 0.0202 | 380 | 380 | 100 | Pass |
| 0.0208 | 330 | 330 | 100 | Pass |
| 0.0214 | 303 | 303 | 100 | Pass |
| 0.0219 | 273 | 273 | 100 | Pass |
| 0.0225 | 253 | 253 | 100 | Pass |
| 0.0231 | 236 | 236 | 100 | Pass |
| 0.0237 | 212 | 212 | 100 | Pass |
| 0.0243 | 198 | 198 | 100 | Pass |
| 0.0249 | 182 | 182 | 100 | Pass |
| 0.0255 | 174 | 174 | 100 | Pass |
| 0.0260 | 155 | 155 | 100 | Pass |
| 0.0266 | 147 | 147 | 100 | Pass |
| 0.0272 | 136 | 136 | 100 | Pass |
| 0.0278 | 128 | 128 | 100 | Pass |
| 0.0284 | 115 | 115 | 100 | Pass |
| 0.0290 | 109 | 109 | 100 | Pass |
| 0.0295 | 103 | 103 | 100 | Pass |
| 0.0301 | 95 | 95 | 100 | Pass |
| 0.0307 | 88 | 88 | 100 | Pass |
| 0.0313 | 86 | 86 | 100 | Pass |
| 0.0319 | 80 | 80 | 100 | Pass |
| 0.0325 | 76 | 76 | 100 | Pass |
| 0.0331 | 69 | 69 | 100 | Pass |
| 0.0336 | 63 | 63 | 100 | Pass |
| 0.0342 | 56 | 56 | 100 | Pass |
| 0.0348 | 53 | 53 | 100 | Pass |
| 0.0354 | 49 | 49 | 100 | Pass |
| 0.0360 | 44 | 44 | 100 | Pass |
| 0.0366 | 44 | 44 | 100 | Pass |
| 0.0371 | 42 | 42 | 100 | Pass |
| 0.0377 | 39 | 39 | 100 | Pass |
| 0.0383 | 36 | 36 | 100 | Pass |
| 0.0389 | 34 | 34 | 100 | Pass |
| 0.0395 | 32 | 32 | 100 | Pass |
| 0.0401 | 30 | 30 | 100 | Pass |
| 0.0407 | 28 | 28 | 100 | Pass |
| 0.0412 | 27 | 27 | 100 | Pass |
| 0.0418 | 23 | 23 | 100 | Pass |
| 0.0424 | 22 | 22 | 100 | Pass |
| 0.0430 | 21 | 21 | 100 | Pass |
| 0.0436 | 19 | 19 | 100 | Pass |
| 0.0442 | 17 | 17 | 100 | Pass |
| 0.0447 | 17 | 17 | 100 | Pass |
| 0.0453 | 16 | 16 | 100 | Pass |

NHD000465

| | | | |
|---|---|---|---|
| 0.0459 | 13 | 13 | 100 | Pass |
| 0.0465 | 12 | 12 | 100 | Pass |
| 0.0471 | 11 | 11 | 100 | Pass |
| 0.0477 | 11 | 11 | 100 | Pass |
| 0.0483 | 11 | 11 | 100 | Pass |
| 0.0488 | 10 | 10 | 100 | Pass |
| 0.0494 | 10 | 10 | 100 | Pass |
| 0.0500 | 10 | 10 | 100 | Pass |
| 0.0506 | 8 | 8 | 100 | Pass |
| 0.0512 | 8 | 8 | 100 | Pass |
| 0.0518 | 8 | 8 | 100 | Pass |
| 0.0523 | 8 | 8 | 100 | Pass |
| 0.0529 | 8 | 8 | 100 | Pass |
| 0.0535 | 8 | 8 | 100 | Pass |
| 0.0541 | 8 | 8 | 100 | Pass |
| 0.0547 | 8 | 8 | 100 | Pass |
| 0.0553 | 7 | 7 | 100 | Pass |
| 0.0559 | 7 | 7 | 100 | Pass |
| 0.0564 | 6 | 6 | 100 | Pass |
| 0.0570 | 6 | 6 | 100 | Pass |
| 0.0576 | 6 | 6 | 100 | Pass |
| 0.0582 | 6 | 6 | 100 | Pass |
| 0.0588 | 6 | 6 | 100 | Pass |
| 0.0594 | 6 | 6 | 100 | Pass |
| 0.0599 | 6 | 6 | 100 | Pass |
| 0.0605 | 6 | 6 | 100 | Pass |
| 0.0611 | 6 | 6 | 100 | Pass |
| 0.0617 | 6 | 6 | 100 | Pass |
| 0.0623 | 5 | 5 | 100 | Pass |
| 0.0629 | 4 | 4 | 100 | Pass |
| 0.0635 | 4 | 4 | 100 | Pass |
| 0.0640 | 3 | 3 | 100 | Pass |
| 0.0646 | 3 | 3 | 100 | Pass |
| 0.0652 | 3 | 3 | 100 | Pass |
| 0.0658 | 3 | 3 | 100 | Pass |
| 0.0664 | 3 | 3 | 100 | Pass |
| 0.0670 | 3 | 3 | 100 | Pass |
| 0.0676 | 3 | 3 | 100 | Pass |
| 0.0681 | 3 | 3 | 100 | Pass |
| 0.0687 | 3 | 3 | 100 | Pass |
| 0.0693 | 3 | 3 | 100 | Pass |
| 0.0699 | 3 | 3 | 100 | Pass |
| 0.0705 | 3 | 3 | 100 | Pass |
| 0.0711 | 3 | 3 | 100 | Pass |
| 0.0716 | 3 | 3 | 100 | Pass |
| 0.0722 | 3 | 3 | 100 | Pass |
| 0.0728 | 3 | 3 | 100 | Pass |

## Water Quality

Water Quality BMP Flow and Volume for POC #1
On-line facility volume:          0.0081 acre-feet
On-line facility target flow:   0.0119 cfs.
Adjusted for 15 min:            0.0119 cfs.
Off-line facility target flow:   0.0067 cfs.
Adjusted for 15 min:            0.0067 cfs.

NHD000467

LID Report

| LID Technique | Used for Treatment ? | Total Volume Needs Treatment (ac-ft) | Volume Through Facility (ac-ft) | Infiltration Volume (ac-ft) | Cumulative Volume Infiltration Credit | Percent Volume Infiltrated | Water Quality | Percent Water Quality Treated | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Total Volume Infiltrated | | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0% | No Treat. Credit |
| Compliance with LID Standard 8% of 2-yr to 50% of 2-yr | | | | | | | | | Duration Analysis Result = Passed |
| | | | | | | | | | |

NHD000468

*POC 2*



+ Predeveloped     x Mitigated

Predeveloped Landuse Totals for POC #2
Total Pervious Area:        0
Total Impervious Area:      1.14

Mitigated Landuse Totals for POC #2
Total Pervious Area:        0
Total Impervious Area:      1.14

Flow Frequency Method:      Log Pearson Type III 17B

Flow Frequency Return Periods for Predeveloped.  POC #2

| Return Period | Flow(cfs) |
|---|---|
| 2 year | 0.378108 |
| 5 year | 0.530263 |
| 10 year | 0.642282 |
| 25 year | 0.797073 |
| 50 year | 0.922297 |
| 100 year | 1.056261 |

Flow Frequency Return Periods for Mitigated.  POC #2

| Return Period | Flow(cfs) |
|---|---|
| 2 year | 0.378108 |
| 5 year | 0.530263 |
| 10 year | 0.642282 |
| 25 year | 0.797073 |
| 50 year | 0.922297 |
| 100 year | 1.056261 |

## Annual Peaks

Annual Peaks for Predeveloped and Mitigated.  POC #2

| Year | Predeveloped | Mitigated |
|---|---|---|
| 1949 | 0.559 | 0.559 |
| 1950 | 0.292 | 0.292 |
| 1951 | 0.480 | 0.480 |
| 1952 | 0.514 | 0.514 |
| 1953 | 0.580 | 0.580 |
| 1954 | 0.288 | 0.288 |
| 1955 | 0.270 | 0.270 |
| 1956 | 0.195 | 0.195 |
| 1957 | 0.574 | 0.574 |
| 1958 | 0.256 | 0.256 |
| 1959 | 0.268 | 0.268 |

NHD000469

| 1960 | 0.433 | 0.433 |
|------|-------|-------|
| 1961 | 0.263 | 0.263 |
| 1962 | 0.445 | 0.445 |
| 1963 | 0.278 | 0.278 |
| 1964 | 0.330 | 0.330 |
| 1965 | 0.810 | 0.810 |
| 1966 | 0.346 | 0.346 |
| 1967 | 0.639 | 0.639 |
| 1968 | 0.506 | 0.506 |
| 1969 | 0.256 | 0.256 |
| 1970 | 0.634 | 0.634 |
| 1971 | 0.374 | 0.374 |
| 1972 | 0.234 | 0.234 |
| 1973 | 0.419 | 0.419 |
| 1974 | 0.314 | 0.314 |
| 1975 | 0.593 | 0.593 |
| 1976 | 0.713 | 0.713 |
| 1977 | 0.313 | 0.313 |
| 1978 | 0.573 | 0.573 |
| 1979 | 0.354 | 0.354 |
| 1980 | 0.397 | 0.397 |
| 1981 | 0.362 | 0.362 |
| 1982 | 0.373 | 0.373 |
| 1983 | 0.331 | 0.331 |
| 1984 | 0.356 | 0.356 |
| 1985 | 0.452 | 0.452 |
| 1986 | 0.261 | 0.261 |
| 1987 | 0.264 | 0.264 |
| 1988 | 0.588 | 0.588 |
| 1989 | 0.399 | 0.399 |
| 1990 | 0.359 | 0.359 |
| 1991 | 0.514 | 0.514 |
| 1992 | 0.406 | 0.406 |
| 1993 | 0.200 | 0.200 |
| 1994 | 0.268 | 0.268 |
| 1995 | 0.238 | 0.238 |
| 1996 | 0.487 | 0.487 |
| 1997 | 0.937 | 0.937 |
| 1998 | 0.382 | 0.382 |
| 1999 | 0.189 | 0.189 |
| 2000 | 0.539 | 0.539 |
| 2001 | 0.353 | 0.353 |
| 2002 | 0.259 | 0.259 |
| 2003 | 0.327 | 0.327 |
| 2004 | 1.238 | 1.238 |
| 2005 | 0.426 | 0.426 |
| 2006 | 0.406 | 0.406 |
| 2007 | 0.364 | 0.364 |
| 2008 | 0.360 | 0.360 |
| 2009 | 0.420 | 0.420 |

## Ranked Annual Peaks

Ranked Annual Peaks for Predeveloped and Mitigated.  POC #2

| Rank | Predeveloped | Mitigated |
|------|--------------|-----------|
| 1 | 1.2382 | 1.2382 |
| 2 | 0.9369 | 0.9369 |
| 3 | 0.8104 | 0.8104 |
| 4 | 0.7129 | 0.7129 |

| | | |
|---|---|---|
| 5 | 0.6395 | 0.6395 |
| 6 | 0.6337 | 0.6337 |
| 7 | 0.5927 | 0.5927 |
| 8 | 0.5881 | 0.5881 |
| 9 | 0.5803 | 0.5803 |
| 10 | 0.5743 | 0.5743 |
| 11 | 0.5734 | 0.5734 |
| 12 | 0.5588 | 0.5588 |
| 13 | 0.5389 | 0.5389 |
| 14 | 0.5143 | 0.5143 |
| 15 | 0.5135 | 0.5135 |
| 16 | 0.5060 | 0.5060 |
| 17 | 0.4866 | 0.4866 |
| 18 | 0.4797 | 0.4797 |
| 19 | 0.4523 | 0.4523 |
| 20 | 0.4450 | 0.4450 |
| 21 | 0.4327 | 0.4327 |
| 22 | 0.4256 | 0.4256 |
| 23 | 0.4196 | 0.4196 |
| 24 | 0.4191 | 0.4191 |
| 25 | 0.4063 | 0.4063 |
| 26 | 0.4056 | 0.4056 |
| 27 | 0.3988 | 0.3988 |
| 28 | 0.3969 | 0.3969 |
| 29 | 0.3824 | 0.3824 |
| 30 | 0.3745 | 0.3745 |
| 31 | 0.3732 | 0.3732 |
| 32 | 0.3640 | 0.3640 |
| 33 | 0.3619 | 0.3619 |
| 34 | 0.3599 | 0.3599 |
| 35 | 0.3593 | 0.3593 |
| 36 | 0.3557 | 0.3557 |
| 37 | 0.3541 | 0.3541 |
| 38 | 0.3532 | 0.3532 |
| 39 | 0.3464 | 0.3464 |
| 40 | 0.3312 | 0.3312 |
| 41 | 0.3298 | 0.3298 |
| 42 | 0.3266 | 0.3266 |
| 43 | 0.3144 | 0.3144 |
| 44 | 0.3129 | 0.3129 |
| 45 | 0.2924 | 0.2924 |
| 46 | 0.2880 | 0.2880 |
| 47 | 0.2784 | 0.2784 |
| 48 | 0.2701 | 0.2701 |
| 49 | 0.2677 | 0.2677 |
| 50 | 0.2676 | 0.2676 |
| 51 | 0.2641 | 0.2641 |
| 52 | 0.2626 | 0.2626 |
| 53 | 0.2607 | 0.2607 |
| 54 | 0.2586 | 0.2586 |
| 55 | 0.2558 | 0.2558 |
| 56 | 0.2556 | 0.2556 |
| 57 | 0.2382 | 0.2382 |
| 58 | 0.2343 | 0.2343 |
| 59 | 0.2003 | 0.2003 |
| 60 | 0.1955 | 0.1955 |
| 61 | 0.1885 | 0.1885 |

NHD000471

NHD000472

## Duration Flows

The Facility PASSED

| Flow(cfs) | Predev | Mit | Percentage | Pass/Fail |
|-----------|--------|-----|------------|-----------|
| 0.1891 | 1179 | 1179 | 100 | Pass |
| 0.1965 | 1016 | 1016 | 100 | Pass |
| 0.2039 | 894 | 894 | 100 | Pass |
| 0.2113 | 771 | 771 | 100 | Pass |
| 0.2187 | 700 | 700 | 100 | Pass |
| 0.2261 | 609 | 609 | 100 | Pass |
| 0.2335 | 552 | 552 | 100 | Pass |
| 0.2409 | 489 | 489 | 100 | Pass |
| 0.2483 | 424 | 424 | 100 | Pass |
| 0.2557 | 384 | 384 | 100 | Pass |
| 0.2631 | 331 | 331 | 100 | Pass |
| 0.2705 | 306 | 306 | 100 | Pass |
| 0.2779 | 275 | 275 | 100 | Pass |
| 0.2853 | 254 | 254 | 100 | Pass |
| 0.2927 | 238 | 238 | 100 | Pass |
| 0.3002 | 213 | 213 | 100 | Pass |
| 0.3076 | 199 | 199 | 100 | Pass |
| 0.3150 | 184 | 184 | 100 | Pass |
| 0.3224 | 174 | 174 | 100 | Pass |
| 0.3298 | 158 | 158 | 100 | Pass |
| 0.3372 | 147 | 147 | 100 | Pass |
| 0.3446 | 137 | 137 | 100 | Pass |
| 0.3520 | 128 | 128 | 100 | Pass |
| 0.3594 | 116 | 116 | 100 | Pass |
| 0.3668 | 109 | 109 | 100 | Pass |
| 0.3742 | 104 | 104 | 100 | Pass |
| 0.3816 | 95 | 95 | 100 | Pass |
| 0.3890 | 88 | 88 | 100 | Pass |
| 0.3964 | 86 | 86 | 100 | Pass |
| 0.4038 | 81 | 81 | 100 | Pass |
| 0.4112 | 76 | 76 | 100 | Pass |
| 0.4187 | 69 | 69 | 100 | Pass |
| 0.4261 | 63 | 63 | 100 | Pass |
| 0.4335 | 56 | 56 | 100 | Pass |
| 0.4409 | 53 | 53 | 100 | Pass |
| 0.4483 | 50 | 50 | 100 | Pass |
| 0.4557 | 45 | 45 | 100 | Pass |
| 0.4631 | 44 | 44 | 100 | Pass |
| 0.4705 | 42 | 42 | 100 | Pass |
| 0.4779 | 39 | 39 | 100 | Pass |
| 0.4853 | 36 | 36 | 100 | Pass |
| 0.4927 | 34 | 34 | 100 | Pass |
| 0.5001 | 32 | 32 | 100 | Pass |
| 0.5075 | 30 | 30 | 100 | Pass |
| 0.5149 | 29 | 29 | 100 | Pass |
| 0.5223 | 27 | 27 | 100 | Pass |
| 0.5298 | 24 | 24 | 100 | Pass |
| 0.5372 | 22 | 22 | 100 | Pass |
| 0.5446 | 21 | 21 | 100 | Pass |
| 0.5520 | 19 | 19 | 100 | Pass |
| 0.5594 | 17 | 17 | 100 | Pass |
| 0.5668 | 17 | 17 | 100 | Pass |
| 0.5742 | 16 | 16 | 100 | Pass |

NHD000473

| | | | |
|---|---|---|---|
| 0.5816 | 13 | 13 | 100 | Pass |
| 0.5890 | 12 | 12 | 100 | Pass |
| 0.5964 | 11 | 11 | 100 | Pass |
| 0.6038 | 11 | 11 | 100 | Pass |
| 0.6112 | 11 | 11 | 100 | Pass |
| 0.6186 | 10 | 10 | 100 | Pass |
| 0.6260 | 10 | 10 | 100 | Pass |
| 0.6334 | 10 | 10 | 100 | Pass |
| 0.6409 | 8 | 8 | 100 | Pass |
| 0.6483 | 8 | 8 | 100 | Pass |
| 0.6557 | 8 | 8 | 100 | Pass |
| 0.6631 | 8 | 8 | 100 | Pass |
| 0.6705 | 8 | 8 | 100 | Pass |
| 0.6779 | 8 | 8 | 100 | Pass |
| 0.6853 | 8 | 8 | 100 | Pass |
| 0.6927 | 8 | 8 | 100 | Pass |
| 0.7001 | 7 | 7 | 100 | Pass |
| 0.7075 | 7 | 7 | 100 | Pass |
| 0.7149 | 6 | 6 | 100 | Pass |
| 0.7223 | 6 | 6 | 100 | Pass |
| 0.7297 | 6 | 6 | 100 | Pass |
| 0.7371 | 6 | 6 | 100 | Pass |
| 0.7445 | 6 | 6 | 100 | Pass |
| 0.7519 | 6 | 6 | 100 | Pass |
| 0.7594 | 6 | 6 | 100 | Pass |
| 0.7668 | 6 | 6 | 100 | Pass |
| 0.7742 | 6 | 6 | 100 | Pass |
| 0.7816 | 6 | 6 | 100 | Pass |
| 0.7890 | 5 | 5 | 100 | Pass |
| 0.7964 | 4 | 4 | 100 | Pass |
| 0.8038 | 4 | 4 | 100 | Pass |
| 0.8112 | 3 | 3 | 100 | Pass |
| 0.8186 | 3 | 3 | 100 | Pass |
| 0.8260 | 3 | 3 | 100 | Pass |
| 0.8334 | 3 | 3 | 100 | Pass |
| 0.8408 | 3 | 3 | 100 | Pass |
| 0.8482 | 3 | 3 | 100 | Pass |
| 0.8556 | 3 | 3 | 100 | Pass |
| 0.8630 | 3 | 3 | 100 | Pass |
| 0.8705 | 3 | 3 | 100 | Pass |
| 0.8779 | 3 | 3 | 100 | Pass |
| 0.8853 | 3 | 3 | 100 | Pass |
| 0.8927 | 3 | 3 | 100 | Pass |
| 0.9001 | 3 | 3 | 100 | Pass |
| 0.9075 | 3 | 3 | 100 | Pass |
| 0.9149 | 3 | 3 | 100 | Pass |
| 0.9223 | 3 | 3 | 100 | Pass |

NHD000474

## Water Quality

Water Quality BMP Flow and Volume for POC #2
On-line facility volume:        0.1029 acre-feet
On-line facility target flow:   0.1509 cfs.
Adjusted for 15 min:            0.1509 cfs.
Off-line facility target flow:  0.0856 cfs.
Adjusted for 15 min:            0.0856 cfs.

LID Report

| LID Technique | Used for Treatment ? | Total Volume Needs Treatment (ac-ft) | Volume Through Facility (ac-ft) | Infiltration Volume (ac-ft) | Cumulative Volume Infiltration Credit | Percent Volume Infiltrated | Water Quality | Percent Water Quality Treated | Comment |
|---|---|---|---|---|---|---|---|---|---|
| Total Volume Infiltrated | | 0.00 | 0.00 | 0.00 | | 0.00 | 0.00 | 0% | No Treat. Credit |
| Compliance with LID Standard 8% of 2-yr to 50% of 2-yr | | | | | | | | | Duration Analysis Result = Passed |
| | | | | | | | | | |

NHD000476

# *Model Default Modifications*

Total of 0 changes have been made.

## *PERLND Changes*
No PERLND changes have been made.

## *IMPLND Changes*
No IMPLND changes have been made.

# *Appendix*
## *Predeveloped Schematic*



S001

NHD000478

*Mitigated Schematic*



## Predeveloped UCI File

```
RUN

GLOBAL
  WWHM4 model simulation
  START      1948 10 01          END    2009 09 30
  RUN INTERP OUTPUT LEVEL    3    0
  RESUME     0 RUN    1                    UNIT SYSTEM    1
END GLOBAL

FILES
<File>  <Un#>   <----------File Name----------------------->***
<-ID->                                                      ***
WDM       26    North Harbor Diesel.wdm
MESSU     25    PreNorth Harbor Diesel.MES
          27    PreNorth Harbor Diesel.L61
          28    PreNorth Harbor Diesel.L62
          30    POCNorth Harbor Diesel1.dat
          31    POCNorth Harbor Diesel2.dat
END FILES

OPN SEQUENCE
      INGRP             INDELT 00:15
        IMPLND      5
        COPY      501
        COPY      502
        DISPLY      1
        DISPLY      2
      END INGRP
END OPN SEQUENCE
DISPLY
  DISPLY-INFO1
    # -  #<----------Title---------->***TRAN PIVL DIG1 FIL1  PYR DIG2 FIL2 YRND
    1        M001                        MAX            1    2   30    9
    2        S001                        MAX            1    2   31    9
  END DISPLY-INFO1
END DISPLY
COPY
  TIMESERIES
    # -  #  NPT  NMN ***
    1        1    1
    501      1    1
    502      1    1
  END TIMESERIES
END COPY
GENER
  OPCODE
    #    # OPCD ***
  END OPCODE
  PARM
    #    #          K ***
  END PARM
END GENER
PERLND
  GEN-INFO
    <PLS ><-------Name------->NBLKS   Unit-systems   Printer ***
    # -  #                           User  t-series Engl Metr ***
                                           in   out            ***
  END GEN-INFO
  *** Section PWATER***

  ACTIVITY
    <PLS > ************* Active Sections *****************************
    # -  # ATMP SNOW PWAT  SED  PST  PWG PQAL MSTL PEST NITR PHOS TRAC ***
  END ACTIVITY

  PRINT-INFO
    <PLS > ***************** Print-flags ****************************** PIVL  PYR
    # -  # ATMP SNOW PWAT  SED  PST  PWG PQAL MSTL PEST NITR PHOS TRAC  *********
```

NHD000480

```
   END PRINT-INFO

   PWAT-PARM1
     <PLS >  PWATER variable monthly parameter value flags  ***
     # - # CSNO RTOP UZFG  VCS  VUZ  VNN VIFW VIRC  VLE INFC  HWT ***
   END PWAT-PARM1

   PWAT-PARM2
     <PLS >      PWATER input info: Part 2          ***
     # - # ***FOREST     LZSN    INFILT     LSUR    SLSUR    KVARY    AGWRC
   END PWAT-PARM2

   PWAT-PARM3
     <PLS >      PWATER input info: Part 3          ***
     # - # ***PETMAX    PETMIN    INFEXP    INFILD    DEEPFR    BASETP   AGWETP
   END PWAT-PARM3
   PWAT-PARM4
     <PLS >     PWATER input info: Part 4                              ***
     # - #     CEPSC     UZSN      NSUR     INTFW     IRC   LZETP ***
   END PWAT-PARM4

   PWAT-STATE1
     <PLS > *** Initial conditions at start of simulation
             ran from 1990 to end of 1992 (pat 1-11-95) RUN 21 ***
     # - # *** CEPS      SURS       UZS     IFWS      LZS     AGWS      GWVS
   END PWAT-STATE1

END PERLND

IMPLND
  GEN-INFO
     <PLS ><-------Name-------> Unit-systems  Printer ***
     # - #                    User  t-series Engl Metr ***
                                    in  out            ***
     5        DRIVEWAYS/FLAT      1    1   1   27    0
  END GEN-INFO
  *** Section IWATER***

  ACTIVITY
     <PLS > ************* Active Sections ****************************
     # - # ATMP SNOW IWAT  SLD  IWG IQAL   ***
     5       0    0    1    0    0    0
  END ACTIVITY

  PRINT-INFO
     <ILS > ******** Print-flags ******** PIVL  PYR
     # - # ATMP SNOW IWAT  SLD  IWG IQAL   ********
     5       0    0    4    0    0    4    1    9
  END PRINT-INFO

  IWAT-PARM1
     <PLS > IWATER variable monthly parameter value flags  ***
     # - # CSNO RTOP  VRS  VNN RTLI    ***
     5       0    0    0    0    0
  END IWAT-PARM1

  IWAT-PARM2
     <PLS >      IWATER input info: Part 2          ***
     # - # ***  LSUR     SLSUR      NSUR     RETSC
     5         400      0.01       0.1       0.1
  END IWAT-PARM2

  IWAT-PARM3
     <PLS >      IWATER input info: Part 3          ***
     # - # ***PETMAX    PETMIN
     5           0         0
  END IWAT-PARM3

  IWAT-STATE1
     <PLS > *** Initial conditions at start of simulation
```

```
         # -  # ***  RETS      SURS
         5          0         0
      END IWAT-STATE1

   END IMPLND

   SCHEMATIC
   <-Source->                      <--Area-->      <-Target->    MBLK   ***
   <Name>    #                     <-factor->      <Name>   #    Tbl#   ***
   M001***
   IMPLND    5                          0.09       COPY   501     15
   S001***
   IMPLND    5                          1.14       COPY   502     15

   ******Routing******
   END SCHEMATIC

   NETWORK
   <-Volume-> <-Grp> <-Member-><--Mult-->Tran <-Target vols> <-Grp> <-Member->  ***
   <Name>   #        <Name> # #<-factor->strg <Name>    #  #        <Name> # #  ***
   COPY   501 OUTPUT MEAN   1 1   48.4          DISPLY    1    INPUT  TIMSER 1
   COPY   502 OUTPUT MEAN   1 1   48.4          DISPLY    2    INPUT  TIMSER 1



   <-Volume-> <-Grp> <-Member-><--Mult-->Tran <-Target vols> <-Grp> <-Member->  ***
   <Name>   #        <Name> # #<-factor->strg <Name>    #  #        <Name> # #  ***
   END NETWORK

   RCHRES
     GEN-INFO
       RCHRES       Name       Nexits   Unit Systems   Printer            ***
       # -  #<------------------><---> User T-series  Engl Metr LKFG       ***
                                         in  out                          ***
     END GEN-INFO
     *** Section RCHRES***

     ACTIVITY
       <PLS > ************ Active Sections *****************************
       # -  # HYFG ADFG CNFG HTFG SDFG GQFG OXFG NUFG PKFG PHFG ***
     END ACTIVITY

     PRINT-INFO
       <PLS > ****************** Print-flags ****************** PIVL  PYR
       # -  # HYDR ADCA CONS HEAT  SED  GQL OXRX NUTR PLNK PHCB PIVL  PYR  *********
     END PRINT-INFO

     HYDR-PARM1
       RCHRES  Flags for each HYDR Section                             ***
       # -  # VC A1 A2 A3  ODFVFG for each *** ODGTFG for each    FUNCT  for each
              FG FG FG FG  possible  exit  *** possible  exit      possible exit
               *  *  *  *     *  *  *  *  *     *  *  *  *  *        ***
     END HYDR-PARM1

     HYDR-PARM2
       # -  #   FTABNO     LEN     DELTH    STCOR       KS      DB50      ***
       <------><-------><-------><-------><-------><-------><------->     ***
     END HYDR-PARM2
     HYDR-INIT
       RCHRES  Initial conditions for each HYDR section                 ***
       # -  # ***   VOL    Initial  value  of COLIND    Initial  value  of OUTDGT
              *** ac-ft   for each possible exit    for each possible exit
       <------><-------> <---><---><---><---><---> *** <---><---><---><---><--->
     END HYDR-INIT
   END RCHRES

   SPEC-ACTIONS
   END SPEC-ACTIONS
   FTABLES
   END FTABLES
```

NHD000482

```
EXT SOURCES
<-Volume-> <Member> SsysSgap<--Mult-->Tran <-Target vols> <-Grp> <-Member->  ***
<Name>     #  <Name> # tem strg<-factor->strg <Name>     #   #            <Name> # #  ***
WDM        2  PREC      ENGL    0.833          PERLND     1 999 EXTNL      PREC
WDM        2  PREC      ENGL    0.833          IMPLND     1 999 EXTNL      PREC
WDM        1  EVAP      ENGL    0.76           PERLND     1 999 EXTNL      PETINP
WDM        1  EVAP      ENGL    0.76           IMPLND     1 999 EXTNL      PETINP

END EXT SOURCES


EXT TARGETS
<-Volume-> <-Grp> <-Member-><--Mult-->Tran <-Volume-> <Member> Tsys Tgap Amd ***
<Name>      #       <Name> # #<-factor->strg <Name>      # <Name>     tem strg strg***
COPY   501 OUTPUT  MEAN   1 1     48.4        WDM       501 FLOW       ENGL      REPL
COPY   502 OUTPUT  MEAN   1 1     48.4        WDM       502 FLOW       ENGL      REPL
END EXT TARGETS

MASS-LINK
<Volume->    <-Grp> <-Member-><--Mult-->      <Target>        <-Grp> <-Member->***
<Name>               <Name> # #<-factor->      <Name>                 <Name> # #***
  MASS-LINK          15
IMPLND       IWATER SURO       0.083333        COPY            INPUT  MEAN
  END MASS-LINK      15


END MASS-LINK

END RUN
```

NHD000483

*Mitigated UCI File*

```
RUN

GLOBAL
  WWHM4 model simulation
  START      1948 10 01           END    2009 09 30
  RUN INTERP OUTPUT LEVEL    3    0
  RESUME     0 RUN    1                      UNIT SYSTEM    1
END GLOBAL

FILES
<File> <Un#>  <-----------File Name----------------------->***
<-ID->                                                      ***
WDM      26   North Harbor Diesel.wdm
MESSU    25   MitNorth Harbor Diesel.MES
         27   MitNorth Harbor Diesel.L61
         28   MitNorth Harbor Diesel.L62
         30   POCNorth Harbor Diesel1.dat
         31   POCNorth Harbor Diesel2.dat
END FILES

OPN SEQUENCE
    INGRP             INDELT 00:15
      IMPLND      5
      COPY      501
      COPY      502
      DISPLY      1
      DISPLY      2
    END INGRP
END OPN SEQUENCE
DISPLY
  DISPLY-INFO1
    # - #<-----------Title----------->***TRAN PIVL DIG1 FIL1  PYR DIG2 FIL2 YRND
    1        M001                       MAX            1    2   30    9
    2        S001                       MAX            1    2   31    9
  END DISPLY-INFO1
END DISPLY
COPY
  TIMESERIES
    # - #  NPT  NMN ***
    1        1    1
   501       1    1
   502       1    1
  END TIMESERIES
END COPY
GENER
  OPCODE
    #    # OPCD ***
  END OPCODE
  PARM
    #    #          K ***
  END PARM
END GENER
PERLND
  GEN-INFO
    <PLS ><-------Name------->NBLKS   Unit-systems   Printer ***
    # - #                            User  t-series Engl Metr ***
                                      in   out            ***
  END GEN-INFO
  *** Section PWATER***

  ACTIVITY
    <PLS > ************* Active Sections *****************************
    # - # ATMP SNOW PWAT  SED  PST  PWG PQAL MSTL PEST NITR PHOS TRAC ***
  END ACTIVITY

  PRINT-INFO
    <PLS > ***************** Print-flags ***************************** PIVL  PYR
    # - # ATMP SNOW PWAT  SED  PST  PWG PQAL MSTL PEST NITR PHOS TRAC  *********
```

```
   END PRINT-INFO

   PWAT-PARM1
     <PLS >  PWATER variable monthly parameter value flags  ***
     # - # CSNO RTOP UZFG  VCS  VUZ  VNN VIFW VIRC  VLE INFC  HWT ***
   END PWAT-PARM1

   PWAT-PARM2
     <PLS >      PWATER input info: Part 2          ***
     # - # ***FOREST      LZSN     INFILT      LSUR      SLSUR     KVARY      AGWRC
   END PWAT-PARM2

   PWAT-PARM3
     <PLS >      PWATER input info: Part 3          ***
     # - # ***PETMAX     PETMIN     INFEXP     INFILD     DEEPFR    BASETP    AGWETP
   END PWAT-PARM3
   PWAT-PARM4
     <PLS >     PWATER input info: Part 4                        ***
     # - #    CEPSC      UZSN      NSUR      INTFW       IRC    LZETP ***
   END PWAT-PARM4

   PWAT-STATE1
     <PLS > *** Initial conditions at start of simulation
           ran from 1990 to end of 1992 (pat 1-11-95) RUN 21 ***
     # - # ***  CEPS      SURS       UZS      IFWS       LZS      AGWS       GWVS
   END PWAT-STATE1

END PERLND

IMPLND
  GEN-INFO
     <PLS ><-------Name-------> Unit-systems  Printer ***
     # - #                     User  t-series Engl Metr ***
                                     in  out            ***
     5       DRIVEWAYS/FLAT        1   1   1   27   0
  END GEN-INFO
  *** Section IWATER***

  ACTIVITY
     <PLS > ************* Active Sections *****************************
     # - # ATMP SNOW IWAT  SLD  IWG IQAL   ***
     5       0    0    1    0    0    0
  END ACTIVITY

  PRINT-INFO
     <ILS > ******** Print-flags ******** PIVL  PYR
     # - # ATMP SNOW IWAT  SLD  IWG IQAL   ********
     5       0    0    4    0    0    4    1   9
  END PRINT-INFO

  IWAT-PARM1
     <PLS > IWATER variable monthly parameter value flags  ***
     # - # CSNO RTOP  VRS  VNN RTLI    ***
     5       0    0    0    0    0
  END IWAT-PARM1

  IWAT-PARM2
     <PLS >     IWATER input info: Part 2      ***
     # - # *** LSUR      SLSUR      NSUR      RETSC
     5       400       0.01       0.1       0.1
  END IWAT-PARM2

  IWAT-PARM3
     <PLS >     IWATER input info: Part 3      ***
     # - # ***PETMAX     PETMIN
     5       0          0
  END IWAT-PARM3

  IWAT-STATE1
     <PLS > *** Initial conditions at start of simulation
```

```
       # -  # ***  RETS      SURS
       5          0          0
    END IWAT-STATE1

 END IMPLND

 SCHEMATIC
 <-Source->                   <--Area-->      <-Target->    MBLK    ***
 <Name>    #                  <-factor->      <Name>   #    Tbl#    ***
 M001***
 IMPLND    5                      0.09        COPY   501     15
 S001***
 IMPLND    5                      1.14        COPY   502     15

 ******Routing******
 END SCHEMATIC

 NETWORK
 <-Volume-> <-Grp> <-Member-><--Mult-->Tran <-Target vols> <-Grp> <-Member->  ***
 <Name>   #       <Name> # #<-factor->strg <Name>    #   #        <Name> # #  ***
 COPY   501 OUTPUT MEAN   1 1   48.4         DISPLY    1    INPUT  TIMSER 1
 COPY   502 OUTPUT MEAN   1 1   48.4         DISPLY    2    INPUT  TIMSER 1



 <-Volume-> <-Grp> <-Member-><--Mult-->Tran <-Target vols> <-Grp> <-Member->  ***
 <Name>   #       <Name> # #<-factor->strg <Name>    #   #        <Name> # #  ***
 END NETWORK

 RCHRES
   GEN-INFO
     RCHRES       Name        Nexits   Unit Systems    Printer           ***
     # -  #<------------------><---> User T-series  Engl Metr LKFG        ***
                                      in   out                           ***
   END GEN-INFO
   *** Section RCHRES***

   ACTIVITY
     <PLS > ************ Active Sections *****************************
     # -  # HYFG ADFG CNFG HTFG SDFG GQFG OXFG NUFG PKFG PHFG ***
   END ACTIVITY

   PRINT-INFO
     <PLS > ***************** Print-flags ****************** PIVL  PYR
     # -  # HYDR ADCA CONS HEAT  SED  GQL OXRX NUTR PLNK PHCB PIVL  PYR *********
   END PRINT-INFO

   HYDR-PARM1
     RCHRES  Flags for each HYDR Section                              ***
     # -  # VC A1 A2 A3  ODFVFG for each *** ODGTFG for each    FUNCT for each
            FG FG FG FG  possible  exit *** possible  exit      possible exit
            *  *  *  *    *  *  *  *  *     *  *  *  *  *          ***
   END HYDR-PARM1

   HYDR-PARM2
     # -  #    FTABNO     LEN     DELTH     STCOR       KS       DB50      ***
     <------><-------><-------><-------><-------><-------><------->        ***
   END HYDR-PARM2
   HYDR-INIT
     RCHRES  Initial conditions for each HYDR section                ***
     # -  # ***    VOL    Initial  value  of COLIND    Initial  value  of OUTDGT
            *** ac-ft   for each possible exit       for each possible exit
     <------><------->   <---><---><---><---><---> *** <---><---><---><---><--->
   END HYDR-INIT
 END RCHRES

 SPEC-ACTIONS
 END SPEC-ACTIONS
 FTABLES
 END FTABLES
```

NHD000486

```
EXT SOURCES
<-Volume->  <Member>  SsysSgap<--Mult-->Tran  <-Target vols>  <-Grp>  <-Member->   ***
<Name>     #  <Name>  #  tem strg<-factor->strg  <Name>    #   #          <Name> # #   ***
WDM     2  PREC      ENGL      0.833            PERLND    1 999 EXTNL     PREC
WDM     2  PREC      ENGL      0.833            IMPLND    1 999 EXTNL     PREC
WDM     1  EVAP      ENGL      0.76             PERLND    1 999 EXTNL     PETINP
WDM     1  EVAP      ENGL      0.76             IMPLND    1 999 EXTNL     PETINP

END EXT SOURCES

EXT TARGETS
<-Volume->  <-Grp>  <-Member-><--Mult-->Tran  <-Volume->  <Member>  Tsys Tgap Amd ***
<Name>     #         <Name>  # #<-factor->strg  <Name>     #  <Name>   tem strg strg***
COPY     1  OUTPUT  MEAN  1 1      48.4         WDM      701 FLOW      ENGL       REPL
COPY   501  OUTPUT  MEAN  1 1      48.4         WDM      801 FLOW      ENGL       REPL
COPY     2  OUTPUT  MEAN  1 1      48.4         WDM      702 FLOW      ENGL       REPL
COPY   502  OUTPUT  MEAN  1 1      48.4         WDM      802 FLOW      ENGL       REPL
END EXT TARGETS

MASS-LINK
<Volume->     <-Grp>  <-Member-><--Mult-->     <Target>         <-Grp>  <-Member->***
<Name>                 <Name>  # #<-factor->     <Name>                  <Name> # #***
  MASS-LINK            15
IMPLND     IWATER  SURO        0.083333         COPY             INPUT   MEAN
  END MASS-LINK        15


END MASS-LINK

END RUN
```

NHD000487

*Predeveloped HSPF Message File*

NHD000488

*Mitigated HSPF Message File*

NHD000489

# *Disclaimer*

## *Legal Notice*

This program and accompanying documentation is provided 'as-is' without warranty of any kind. The entire risk regarding the performance and results of this program is assumed by the user. Clear Creek Solutions, Inc. disclaims all warranties, either expressed or implied, including but not limited to implied warranties of program and accompanying documentation. In no event shall Clear Creek Solutions, Inc. be liable for any damages whatsoever (including without limitation to damages for loss of business profits, loss of business information, business interruption, and the like) arising out of the use of, or inability to use this program even if Clear Creek Solutions, Inc. has been advised of the possibility of such damages.

Clear Creek Solutions, Inc.
6200 Capitol Blvd.  Ste F
Olympia, WA.  98501
Toll Free 1(866)943-0304
Local (360)943-0304

www.clearcreeksolutions.com

NHD000490

APPENDIX B

# Stormwater Treatment Performance Graphs
# Port of Port Townsend Boatyard

**Appendix B – Stormwater Treatment Performance Graphs**
**Media Filters and Addition of Chitosan Lactate Coagulation Pretreatment**
**Port of Port Townsend Boatyard**













APPENDIX C

# Chitosan Sock Installation Schematic

NHD000495

Landau Associates | P:\Projects\2177\001\



**Note**

1. For 8" Ø pipe a total pipe run of 15 LF is required for 1 minute of contact time at design pumping rate of 39 gpm, or for 12" Ø pipe a total pipe run of 7 LF is required for 1 minute of contact time. Support full length of new pipe as needed by attaching to side of steel filter box or providing other appropriate support. Protect from traffic impact.

2. Not to scale.

| | North Harbor Diesel & Yacht Service, Inc. Anacortes, Washington | **Chitosan Sock Installation Schematic** | Figure **C-1** |

NHD000496



APPENDIX D

# **Schematic Diagram – Oyster Shell Filter Vault**

NHD000498



LANDAU ASSOCIATES, INC. | V:\173\028\050.051\Figure 4.dwg "Figure 4" 8/16/2011

Trench Drain
Grated Cover

Mesh Net Tube
(Approx. 10 ft long)
Filled with Crushed
Oyster Shells, Typ.

~5"

Isometric View
**Trench Drain**
**Oyster Shell Installation**

Total Length of Drain is
Approximately 320 ft

Influent from
Trench Drain

NORMAL
TREATED FLOW

LARGE STORM
OVERFLOW

5.4'

Pavement

Below Grade

Effluent to
Outfall No. 2

OUTLET
SAMPLE POINT

Mesh Net
Bags filled
with Crushed
Oyster Shells

Under Flow Weir

Mesh Net Bags filled with
Crushed Oyster Shells

3.3'

Isometric View

**Oil/Water Separator**
**Oyster Shell Installation**

Influent from
Trench Drain

Effluent to
Outfall No. 2

Inlet
Chamber

Outlet
Chamber

Mesh Net Bags with
Crushed Oyster Shells

Under Flow Weir

Plan View

LANDAU
ASSOCIATES

Not To Scale

Port of Edmonds Boatyard
Edmonds, Washington

**Oyster Shell**
**BMP Installation**

Figure
**4**

NHD000499

**TABLE D-1**
**PERFORMANCE OF OYSTER SHELL FOR COPPER AND ZINC REMOVAL**
**BOATYARD FACILITY USING RETROFITTED VAULT**
**SNOHOMISH COUNTY, WASHINGTON**

|  | Copper (µg/L) | Zinc (µg/L) |
|---|---|---|
| Daily Maximum Benchmark | 147 | 90 |

| Date | Total Copper (µg/L) | | Percent Removal | Total Zinc (µg/L) | | Percent Removal |
|---|---|---|---|---|---|---|
|  | OWS Inlet | OWS Outlet |  | OWS Inlet | OWS Outlet |  |
| Oct-16 | 940 | 60 | 94% | 790 | 23 | 97% |
| Mar-17 | 200 | 52 | 74% | 180 | 20 | 89% |
| Apr-18 | 480 | 140 | 71% | 460 | 54 | 88% |
| Oct-18 | 910 | 140 | 85% | 520 | 74 | 86% |
| Jan-19 | 360 | 87 | 76% | 280 | 110 | 61% |
| May-19 | 310 | 74 | 76% | 360 | <40 | 89% |
| Oct-19 | 1,300 | 120 | 91% | 330 | 250 | 24% |
| Nov-19 | 540 | 80 | 85% | 170 | 42 | 75% |
| Jan-20 | 120 | 110 | 8% | 220 | 110 | 50% |
| Apr-20 | 440 | 110 | 75% | 210 | 81 | 61% |
| May-20 | 370 | 130 | 65% | 160 | 31 | 81% |
| Oct-20 | 320 | 160 | 50% | 290 | 73 | 75% |
| Nov-20 | 470 | 210 | 55% | 280 | 180 | 36% |
| Jan-21 | 470 | 63 | 87% | 330 | 31 | 91% |
| Apr-21 | 1,900 | 180 | 91% | 680 | 40 | 94% |
| May-21 | 5,500 | 50 | 99% | 1,300 | 14 | 99% |
|  |  |  |  |  |  |  |
|  | Median percent removal | | 76% | Median percent removal | | 83% |
|  | Average percent removal | | 74% | Average percent removal | | 75% |

Notes:
OWS = Oil/water separator

1. Concentrations are in micrograms per liter (µg/L)
2. OWS vault was retrofitted to hold oyster shell flake
3. Design provides 4 minute empty bed contact time for stormwater with the
   oyster shell at the treatment design flow rate

180  Value in red indicates a value above the benchmark value.

**TABLE D-2**
**OYSTER SHELL STORMWATER TREATMENT VAULT SIZING**
**NORTH HARBOR DIESEL - ANACORTES, WASHINGTON**

Objective: Use a known boatyard oyster shell treatment case study to determine if the existing trench drain is adequately sized to provide effective treatment for its drainage area.

**Example: Snohomish County Boatyard**

| Design Flow Rate | | | Oyster Shell Media Bed Dimensions | | | Empty Bed Contact Time |
|---|---|---|---|---|---|---|
| | | | Length | Width | Height | |
| $\dfrac{\text{min}}{78.5 \text{ gal}}$ | x | $\dfrac{7.481 \text{ gal}}{\text{ft}^3}$ | x  4.4 ft | 3.3 ft | 3 ft | = **4.2 min** |

Oyster Shell Volume  =  43.6 ft$^3$     =  1.6 yd$^3$

Vault Model (exterior dimensions)  =  OW 660-SA (6' L x 4' W x 6' H)

**Planned for North Harbor Diesel Boatyard**

| Design Flow Rate | | | Oyster Shell Media Bed Dimensions | | | Empty Bed Contact Time |
|---|---|---|---|---|---|---|
| | | | Length | Width | Height | |
| $\dfrac{\text{min}}{5.3 \text{ gal}}$ | x | $\dfrac{7.481 \text{ gal}}{\text{ft}^3}$ | x  4 ft  x | 2.5 ft  x | 2 ft | = **28.2 min** |

Oyster Shell Volume  =  20 ft$^3$     =  0.7 yd$^3$

Note: Use oyster shell flake, rather than whole or broken shell, for increased reactive surface area

# Exhibit 2



**201 4TH STREET, SUITE 102**
**OAKLAND, CALIFORNIA 94607**
**TELEPHONE 510.658.0702**

September 25, 2024

Bryn Bowen
United States Department of Justice
Environment & Natural Resources Division
Law and Policy Section
P.O. Box 7415
Washington, D.C. 20044-7415

Re: Waste Action Project v. North Harbor Diesel and Yacht Service, Inc. (Case No. 2:24-cv-00172-JNW)

Dear Ms. Bowen,

This letter is intended to provide assurance that I have received the proposed Consent Decree the above parties, and that I am authorized by my Board of Directors to make the following binding commitments on behalf of the Rose Foundation.

1) I understand that the Rose Foundation should receive funds from Defendant as specified in the Consent Decree.
2) The Rose Foundation shall only use these Defendant funds for projects that benefit water quality in the north Puget Sound and Padilla Bay watersheds.
3) After funds are disbursed, the Rose Foundation shall send a report to the Justice Department, the Court and the Parties setting forth the recipient and purpose of the funds and demonstrating conformance with the nexus of the Consent Decree.

**Rose Foundation for Communities and the Environment**
The Rose Foundation is a 501(c)(3) public charity (tax ID#94-3179772). Its mission is to support grassroots initiatives to inspire community action to protect the environment, consumers, and public health. To fulfill this mission, the Rose Foundation conducts the following activities:

- Raise money to award as grants to qualified non-profit organizations conducting charitable operations. The Foundation does not support political lobbying activities prohibited by Section 501(c)(3) of the IRS Code, and no portion of the Defendant's funds shall be used to support any political lobbying activities.

- Work directly in schools and in the community to encourage environmental stewardship and civic participation.

- Help government efforts to control pollution and protect the environment by encouraging community engagement in local, state and federal research and policy development.



Within this broad range of activities, all of the Rose Foundation's work revolves around one or more of the following strategic themes:

- Build and maintain a bridge between the community and organized philanthropy.
- Protect the natural environment, public health, and community and consumer rights.
- Promote collaboration between labor, environmental, business, consumer, and social interests.
- Cultivate a new generation of environmental stewards and social policy leaders.
- Respect the inalienable rights protected by our nation's constitution, and the essential human rights to clean air, clean water, and individual dignity and privacy.

The Rose Foundation is governed by a Board of Directors.  Grant applicants are required to submit written proposals, which must include at a minimum specific information about the goals, activities and projected outcomes of the proposed project, background about the charitable applicant, budget information, and a specific funding request. The Foundation may require additional information in order to fully evaluate the application. Applications are first screened by Foundation staff. Staff then makes recommendations to the Foundation Board for action. The Foundation requires all projects to submit written reports within one year of receipt of the grant award describing work conducted under the grant, thereby providing an accountability mechanism over funds awarded. Annual audits by a certified public accounting firm are posted on the Foundation's website www.rosefdn.org.

I hope this provides you with the information you require.  Please do not hesitate to contact me with any questions, or for additional information at (510) 658-0702 or jisaacs@rosefdn.org.

Sincerely,

Jodene Isaacs,
Director of Grantmaking

# SMITH & LOWNEY
## PLLC
## ATTORNEYS AT LAW

September 30, 2024

Docket Clerk for the Honorable Jamal N. Whitehead

**Re.    Waste Action Project v. North Harbor Diesel and Yacht Service, Inc.; No. 2:24-cv-00172-JNW; Waiting period before entry of consent decree**

Dear Docket Clerk:

This is submitted with the proposed Consent Decree and Joint Motion for Entry of Consent Decree for the above-captioned case. Please note that, pursuant to the explicit direction of the Clean Water Act, the Consent Decree should not be entered by the Court until a 45-day Department of Justice and EPA review period has expired. Thus, the hearing is noted accordingly. Please do not have this Consent Decree entered before that time. Please call if you have any questions about this.  Thank you.

Sincerely,

SMITH & LOWNEY, PLLC

*/s/Katelyn Kinn*
Katelyn Kinn, WSBA #42686
Attorney for Plaintiffs



2317 East John Street, Seattle, Washington 98112
206-860-2883 | smithandlowney.com